IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CANAL INSURANCE COMPANY, *
                          *
    Plaintiff,            *
                          *
v.                        *   CIVIL ACTION NO.:
                          *
FRANK LADON COOK;         *   1:07-CV-410-MHT
COLBERT BRIAN MCGRIFF;    *
MILLS TIMBER HARVESTING, INC.; *
LOWE'S HOME CENTERS, INC.; *
L.G. SOURCING, INC.;      *
REDMOND HOMES, INC.; and  *
BEAR CREEK SALES, L.L.C.  *
                          *
    Defendants.           *

## NOTICE OF LAWSUIT AND REQUEST
## FOR WAIVER OF SERVICE OF SUMMONS

TO:   Samuel L. Adams
      MERRILL, HARRISON & ADAMS, LLC
      P.O. Box 1690
      Dothan, AL 36302

A lawsuit has been commended against your clients, Colbert Brian McGriff and Bear Creek Sales, LLC. A copy of the complaint is attached to this Notice. It has been filed in the United States District Court for the Middle District of Alabama, and has been assigned docket number: 1:07-CV-410-MHT.

This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed Acceptance of Service waiver in order to save the cost of serving your client with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver with 20 days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed

envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service.

I affirm that this request is being sent to you on behalf of the Plaintiff, this 16th day of May, 2007.

_____
K. DONALD SIMMS (ASB-9801-M63K)
DAVID R. WELLS (ASB-5009-L50D)
Attorneys for Plaintiff,
Canal Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | |
| FRANK LADON COOK; | * | 1:07-CV-410-MHT |
| COLBERT BRIAN MCGRIFF; | * | |
| MILLS TIMBER HARVESTING, INC.; | * | |
| LOWE'S HOME CENTERS, INC.; | * | |
| L.G. SOURCING, INC.; | * | |
| REDMOND HOMES, INC.; and | * | |
| BEAR CREEK SALES, L.L.C. | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF LAWSUIT AND REQUEST
## FOR WAIVER OF SERVICE OF SUMMONS

TO:   Frank LaDon Cook
      c/o L. Andrew Hollis, Jr.
      HOLLIS & WRIGHT, P.C.
      1500 Financial Center
      505 20th Street N.
      Birmingham, AL  35203

A lawsuit has been commended against your client, Frank LaDon Cook. A copy of the complaint is attached to this Notice. It has been filed in the United States District Court for the Middle District of Alabama, and has been assigned docket number:  1:07-CV-410-MHT.

This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed Acceptance of Service waiver in order to save the cost of serving your client with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver with 20 days after the date designated below as the date

on which this Notice and Request is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service.

I affirm that this request is being sent to you on behalf of the Plaintiff, this 16th day of May, 2007.

K. DONALD SIMMS (ASB-9801-M63K)
DAVID R. WELLS (ASB-5009-L50D)
Attorneys for Plaintiff,
Canal Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | |
| FRANK LADON COOK; | * | 1:07-CV-410-MHT |
| COLBERT BRIAN MCGRIFF; | * | |
| MILLS TIMBER HARVESTING, INC.; | * | |
| LOWE'S HOME CENTERS, INC.; | * | |
| L.G. SOURCING, INC.; | * | |
| REDMOND HOMES, INC.; and | * | |
| BEAR CREEK SALES, L.L.C. | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF LAWSUIT AND REQUEST
## FOR WAIVER OF SERVICE OF SUMMONS

TO:  Gregory S. Richey
     RICHEY & RICHEY, P.A.
     P.O. Drawer 590069
     Birmingham, AL  35259-0069

A lawsuit has been commended against your client, Redmond Homes, Inc. A copy of the complaint is attached to this Notice. It has been filed in the United States District Court for the Middle District of Alabama, and has been assigned docket number: 1:07-CV-410-MHT.

This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed Acceptance of Service waiver in order to save the cost of serving your client with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver with 20 days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed

envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service.

I affirm that this request is being sent to you on behalf of the Plaintiff, this 16th day of May, 2007.

_____
K. DONALD SIMMS (ASB-9801-M63K)
DAVID R. WELLS (ASB-5009-L50D)
Attorneys for Plaintiff,
Canal Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | |
| FRANK LADON COOK; | * | 1:07-CV-410-MHT |
| COLBERT BRIAN MCGRIFF; | * | |
| MILLS TIMBER HARVESTING, INC.; | * | |
| LOWE'S HOME CENTERS, INC.; | * | |
| L.G. SOURCING, INC.; | * | |
| REDMOND HOMES, INC.; and | * | |
| BEAR CREEK SALES, L.L.C. | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF LAWSUIT AND REQUEST
## FOR WAIVER OF SERVICE OF SUMMONS

TO:   Charles A. Stewart, III
      BRADLEY, ARANT, ROSE & WHITE, LLP
      401 Adams Avenue
      Suite 780
      Montgomery, AL  36104

A lawsuit has been commended against your clients, Lowe's Home Centers, Inc., and L.G. Sourcing, Inc. A copy of the complaint is attached to this Notice. It has been filed in the United States District Court for the Middle District of Alabama, and has been assigned docket number: 1:07-CV-410-MHT.

This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed Acceptance of Service waiver in order to save the cost of serving your client with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver with 20 days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed

envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service.

I affirm that this request is being sent to you on behalf of the Plaintiff, this 16th day of May, 2007.

K. DONALD SIMMS (ASB-9801-M63K)
DAVID R. WELLS (ASB-5009-L50D)
Attorneys for Plaintiff,
Canal Insurance Company