IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | |
| FRANK LADON COOK; | * | 1:07-CV-410-MHT |
| COLBERT BRIAN MCGRIFF; | * | |
| LOWE'S HOME CENTERS, INC.; | * | |
| L.G. SOURCING, INC.; | * | |
| REDMAN HOMES, INC.; and | * | |
| BEAR CREEK SALES, L.L.C. | * | |
| | * | |
| Defendants. | * | |

## <u>AMENDED COMPLAINT FOR DECLARATORY JUDGMENT</u>

COMES NOW the Plaintiff, Canal Insurance Company, by and through its undersigned counsel of record, and files this Complaint for Declaratory Judgment.

## <u>PARTIES</u>

1.     Canal Insurance Company (hereinafter "Canal") is a South Carolina Corporation with its principal place of business in Greenville, South Carolina. Canal was qualified and engaged in the business of writing insurance in the State of Alabama at all times referred to herein.

2.     Frank LaDon Cook is a citizen of the State of Alabama with his residence in Midland City, Alabama.

3.    Colbert Brian McGriff is a citizen of the State of Alabama with his residence in Slocomb, Alabama.

4.    Lowe's Home Centers, Inc., is a North Carolina corporation with its principal place of business in Mooresville, North Carolina.

5.    L.G. Sourcing, Inc., is a North Carolina corporation with its principal place of business in North Wilksborough, North Carolina.

6.    Redman Homes, Inc., is a Delaware corporation with its principal place of business in Auburn Hills, Michigan.

7.    Bear Creek Sales is an Alabama Limited Liability Corporation with its principal place of business in Slocomb, Alabama.

## JURISDICTION AND VENUE

8.    This is a Declaratory Judgment Action brought pursuant to 28 U.S.C. §2201 *et seq*, and Rule 57 of the Federal Rules of Civil Procedure.

9.    This lawsuit involves an insurance coverage dispute that is premised on an underlying lawsuit pending in the Circuit Court of Henry County, Alabama styled, *Frank LaDon Cook v. Bear Creek Sales, LLC, a corporation, et al.,* bearing civil action number CV-06-42 (hereinafter "the underlying lawsuit").

10.    Jurisdiction in this matter is premised on diversity of citizenship pursuant to 28 U.S.C. §1332(a)(1).

11.     Complete diversity exists in this matter and the amount in controversy exceeds seventy-five thousand and no/100 dollars ($75,000) inclusive of interests and costs.

12.     Venue in this matter is appropriate pursuant to 28 U.S.C. §1391.

## FACTS

13.     The underlying lawsuit alleges that on or about March 30, 2006, Frank LaDon Cook (hereinafter "Cook") was attempting to set a pier under a 16 x 80 Fleetwood Mobile Home at which time the Fleetwood Mobile Home fell, pinning Cook underneath and causing severe personal injuries.  Cook's Complaint named as defendants, Bear Creek Sales, L.L.C., Snap-On, Incorporated, Lowe's Home Centers, Inc., L.G. Sourcing, Inc., L.F., L.L.C., Mills Timber Harvesting, Inc., and thirty-seven (37) fictitious party defendants.  A copy of Cook's Complaint in the underlying lawsuit was attached to Canal's Complaint for Declaratory Judgment as "Exhibit 1."

14.     Subsequently, Cook filed a First Amendment to Complaint substituting defendant Redman Homes, Inc., for fictitious party defendant number two.  A copy of the First Amendment to Complaint was attached to Canal's Complaint for Declaratory Judgment as "Exhibit 2."

15.     Thereafter, Cook filed a Second Amendment to Complaint substituting defendant Colbert Brian McGriff for fictitious defendant number two

in the original Complaint. A copy of the Second Amendment to Complaint was attached to Canal's Complaint for Declaratory Judgment as "Exhibit 3."

16. The allegations in the underlying lawsuit allege causes of action for various theories pertaining to negligence and/or wantonness and for violation of the Alabama Extended Manufacturer's Liability Doctrine. The underlying lawsuit alleges each Defendant breached a duty owed to Cook and is therefore liable to Defendant Cook and that each Defendant's negligence, wantonness and/or violation of the Alabama Extended Manufacturer's Liability Doctrine proximately caused his injuries and damages. The underlying lawsuit demands judgment against the Defendants in the underlying lawsuit for compensatory and punitive damages.

17. Canal issued a Basic Automobile Liability Policy to Colbert Brian McGriff d/b/a Bear Creek Movers bearing Policy Number 47 04 33 (hereinafter "the Canal Policy") with effective dates of coverage from November 2, 2005 until cancelled. A true and correct copy of the Canal Policy issued to McGriff (attached hereto as "Exhibit 4") contains the following terms, conditions, provisions and endorsements:

**SECTION    A    –    BASIC    AUTOMOBILE    LIABILITY INSURANCE**

**I.    COVERAGE A – BODILY INJURY - -**
**COVERAGE B – PROPERTY DAMAGE LIABILITY:**

The company will pay on behalf of the **insured** all sums which the **insured** shall become legally obligated to pay as damages because of

### Bodily injury or property damage

To which this insurance applies, caused by an **occurrence** and arising out of the ownership, maintenance or use, including loading and unloading, for the purposes stated as applicable thereto in the declarations, of an **owned automobile** or of a **temporary substitute automobile**, and the company shall have the right and duty to defend any suit against the **insured** seeking damages on account of such **bodily injury** or **property damage**, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**III.   PERSONS INSURED:**  Each of the following is an **insured** under this insurance to the extent set forth below:

     (a)   the **named insured;**

     (c)   any other person while using an **owned automobile** or a **temporary substitute automobile** with the permission of the **named insured**, provided his actual operation or (if he is not operating) his other actual use thereof is within the scope of such permission, but with respect to **bodily injury** or **property damage** arising out of the loading or unloading thereof, such other person shall be an **insured** on if he is:

         (1)   a lessee or borrower of the **automobile**, or

         (2)   an employee of the **named insured** or of such lessee or borrow:

**VI.   DEFINITIONS:** When used in this policy (including endorsements forming a part hereof):

**"bodily injury"** means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

**"insured"** means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each **insured** against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

**"named insured"** means the person or organization named in Item 1 of the declarations of this policy;

**"occurrence"** means an accident, including continuous or repeated exposure to conditions, which results in **bodily injury** or **property damage** neither expected nor intended from the standpoint of the **insured**;

**VII. ADDITIONAL DEFINITIONS (Automobile Liability Insurance):** When used in reference to this insurance (including endorsements forming a part of the policy):

**"owned automobile"** means either

(a)      An **automobile** which is owned by the **named insured** and described in the declarations; or

An "owned automobile" includes a trailer not described in this policy, if designed for use with a four wheel **private passenger automobile** and if not being used for business purposes with another type **automobile**;

## TRUCKMAN'S ENDORSEMENT

In consideration of the premium charged for the policy to which this endorsement is attached, it is understood and agreed that no coverage is extended to any person, firm or organization using the described automobile pursuant to any lease, contract of hire, bailment, rental agreement, or any similar contract or agreement either written or oral, expressed or implied, the terms and provision of this Insuring

Agreement III of Section A, entitled "Persons Insured" notwithstanding.

In the event the automobile described in this policy is being used or maintained pursuant to any lease, contract of hire, bailment, rental agreement or any similar contract or agreement, either written or oral, express or implied, the insurance afforded the named insured shall be excess insurance over any other insurance.

**SECTION A – BASIC AUTOMOBILE LIABILITY INSURANCE**

COVERAGE A – BODILY INJURY LIABILITY--COVERAGE B – PROPERTY DAMAGE LIABILITY

EXCLUSIONS: The following are added:

(h)   to bodily injury or property damage resulting from the movement of property by mechanical device (other than a hand truck) unless the device is attached to an owned automobile or temporary substitute automobile;

Form E-125

18.   The Declarations Page of the Canal Policy identifies and defines the **"owned automobiles"** covered by the Canal Policy as a 1988 IH TRACTOR and ANY MOBILE HOME WHILE SINGULARLY ATTACHED TO A SCHEDULED TRACTOR.

19.   A justiciable controversy exists between Canal and the Defendants as to whether Canal owes any duty to provide McGriff with coverage, including defense and/or indemnity, in the underlying lawsuit.

## CLAIM FOR RELIEF

20.    A justiciable controversy exists between Canal and the underlying Defendants as to:

a.    whether some or all of the claims in the underlying lawsuit trigger Canal's insuring agreement;

b.    whether the Canal Policy provides coverage, including defense and/or indemnity, for the claims asserted in the underlying lawsuit based upon the facts of the underlying loss; and

c.    whether at the time of the loss giving rise to the underlying lawsuit, the Fleetwood Mobile Home meets the definition of an **"owned automobile"** as defined by the Canal Policy as to trigger coverage, including defense and/or indemnity.

21.    Pursuant to the terms, conditions, provisions and endorsements of the Canal Policy, Canal avers that the Fleetwood Mobile Home does not meet the definition of an **"owned automobile"** as defined by the Canal Policy, and therefore, Canal owes no duty to defend and/or indemnify McGriff in the underlying lawsuit.

WHEREFORE, Plaintiff Canal Insurance Company, respectfully requests this Court grant the following relief:

1.    That this Court take jurisdiction of this cause;

2.    That this Court order, adjudge and decree that this is a proper cause for an action of Declaratory Judgment and that there is a bonified judiciable controversy existing between the parties as to the legal rights, duties, obligations, status and liabilities;

3.    That the process of this Court be issued to Frank LaDon Cook, Colbert Brian McGriff, Mills Timber Harvesting, Inc., Lowe's Home Centers, Inc., L.G. Sourcing, Inc., Redman Homes, Inc., and Bear Creek Sales, L.L.C., and that they each be required to plead or answer this Complaint for Declaratory Judgment within the time and manner required by law;

4.    That this Court stay entry of final judgment in favor of Frank LaDon Cook in the underlying lawsuit until all coverage issues are determined and declared by this Court;

5.    That upon a final hearing of this cause, this Court will declare the rights, duties, obligations and legal relations of Canal Insurance Company, Frank LaDon Cook, Colbert Brian McGriff, Mills Timber Harvesting, Inc., Lowe's Home Center's Inc., L.G. Sourcing, Inc., Redman Homes, Inc., and Bear Creek Sales, L.L.C., under the applicable policy of insurance issued by Canal;

6.    That upon a final decree in this cause, this Court will order, adjudge and decree that:

a.      that the Canal Policy does not provide coverage, including defense or indemnity to McGriff for the allegations contained in the underlying lawsuit;

b.      that the Fleetwood Mobile Home does not qualify as an **"owned automobile"** as that term is defined by the Canal Policy based upon the facts giving rise to the loss in the underlying lawsuit;

c.      that the facts of the underlying lawsuit do not trigger coverage, including defense or indemnity, under the Canal Policy;

d.      that even if coverage is triggered under the Canal Policy, the terms, conditions, provisions and endorsements of the Canal Policy exclude coverage for the facts of the loss giving rise to the underlying lawsuit;

e.      that upon a final decree of this cause, this Court will order, adjudge and decree that Canal owes no duty to defend and/or indemnify Colbert Brian McGriff.

7.      Canal requests any such other, further and different relief as it may be entitled to, and offers to due equity and further requests that if it be mistaken in any special relief herein sought as denied, it requests such other, further, or more general relief to which it may be entitled.

Respectfully submitted,


s/David R. Wells
K. DONALD SIMMS (ASB-9801-M63K)
DAVID R. WELLS (ASB-5009-L50D)
Attorneys for Plaintiff,
Canal Insurance Company


OF COUNSEL:

MILLER, HAMILTON,
SNIDER & ODOM, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 226-5200
(205) 226-5226    fax


## CERTIFICATE OF SERVICE

     I hereby certify that I have provided all parties to this action with a true and correct copy of the foregoing pleading, via the electronic CM/ECF system, as well as by United States mail, first-class postage pre-paid, on this, the 1st day of June, 2007.

L. Andrew Hollis, Jr.
HOLLIS & WRIGHT, P.C.
1500 Financial Center
505 20th Street N.
Birmingham, AL  35203

Samuel L. Adams
MERRILL, HARRISON & ADAMS, LLC
P.O. Box 1690
Dothan, AL  36302

Charles A. Stewart, III
BRADLEY, ARANT, ROSE & WHITE, LLP
401 Adams Avenue
Suite 780
Montgomery, AL  36104

Gregory S. Richey
RICHEY & RICHEY, P.A.
P.O. Drawer 590069
Birmingham, AL  35259-0069

s/David R. Wells
OF COUNSEL

# EXHIBIT 4

BASIC AUTOMOBILE LIABILITY    General Insurance Company      **470433**

BOX7 · GREENVILLE, SOUTH CAROLINA 2360?

Surcharge _____ Class. Mobile Home T/T   Radius ___300___

Duplicate policy certified by: (handwritten) Date: 7.2?.07

| Consecutive Year | SEE LIST<br>FILIN G RECORD [X] | | Underwriter | | Insureds Phone: 3348862851 | **4** |
|---|---|---|---|---|---|---|

**NEW**

STATE: **01**   TERR.:

Insureds ID: _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_

**4**
**7**
**0**
**4**
**3**
**3**

ALPHA, PMT CARD, CHARGED
Nov 8, 2005  RDB

Items

1. Named Insured and Address

COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375 [GENEVA county]

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232  (205) 324-0406
Agent Code   01008      Comm. _____
Follow Up Record   Und Rept.

2. Policy Period:

From  11/2/2005 UNTIL CANCELLED
12:01 A.M.,standard time at the address of the named insured as stated herein.

Business of the named insured is:  MOBILE HOME PULLERS - MOBILE HOMES

Radius:  within 300 miles of the garage location.

3. Schedule as of Effective Date of this Insurance - As To: (a) Owned Automobiles;

Purposes of Use (P&B=Pleasure and Business; C=Commercial)

| AUTO<br>No. | Year of<br>Model | Trade Name | Description:<br>Body Type and Model, Truck Size, Truck Load,<br>Tank Gallonage Capacity; or Bus Seating Capacity | Identification (I) No.,<br>Serial (S) No.; Motor (M) No. | Cylinders<br>(No.) | Principally Garaged in<br>(Town or City, State) | Purposes<br>of Use | Classi-<br>fication |
|---|---|---|---|---|---|---|---|---|
| 1 | 1988 IH TRACTOR | | | 1HSZDGEN7JH571292 | | SLOCOMB, AL | | C |
| 2 | | | ANY MOBILE HOME WHILE SINGULARLY ATTACHED TO A SCHEDULED TRACTOR | | | | | |

(b) Automobile Medical Payments Coverage: Designated Person Insured

(c) Uninsured Motorists Coverage: Designated Person Insured

Designation of Automobiles - Division 1

AUTO No. _____
Insured Highway Vehicles
AUTO No. _____

4. The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specific premium charge or charges.
The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| PREMIUMS | | | | | LIMIT OF LIABILITY | | COVERAGES | SEC-<br>TION |
|---|---|---|---|---|---|---|---|---|
| Total | Auto No. 1 | Auto No. 2 | Auto No. 3 | Auto No. 4 | each person | each occurrence<br>**$1,000,000** | Combined Single Limit | A |
| SEE E69L | | | | | each person | each occurrence | A. Bodily Injury Liability | A |
| | | | | | | | B. Property Damage Liability | |
| | | | | | | | Automobile Medical Payments | B |
| | | | | | each person<br>**$20,000 BI** | each accident<br>**$40,000 BI** | D. Uninsured Motorists | C |

Premium for Endorsements: _____

TOTAL PREMIUM    **$3,931.00**

Form numbers of endorsements attached to policy at issue:
TRN-1 (11-02) E-1 (12-91) E-69L (12-91) E-96 (7-91) E-4 (12-91) E-5 (12-91) E-18 (1-94) E-45 (12-91) E-70 AL (4-03) E-102 (11-93) E-125 (4-99)
Form F (6-71) A101, Info Notice: D-101 CL (1-03) ID-1 (9-03)

5. Except with respect to bailment lease, conditional sale, purchase agreement, mortgage or other encumbrance, the named insured is the sole owner
of every vehicle described in Item 3 above, unless otherwise stated herein:

Countersigned:   PO BOX 321215
BIRMINGHAM, AL 35232  11/7/2005

By _Estelle E. Smith_
Authorized Representative

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

Home Office  Copy

0100815114

Copy of Image

**470433**

BASIC AUTOMOBILE LIABILITY    General Insurance Company
BOX 7 · GREENVILLE, SOUTH CAROLINA 29602

Duplicate policy certified by:  _____ C. F. Long _____  Date: 3.2.07

Surcharge _____    Class_ Mobile Home T/T    Radius __300__

**4 7 0 4 3 3**

| Consecutive Year | | |
| --- | --- | --- |
| NEW | [X] SEE LIST FILM RECORD | |
| | Underwriter | |
| | STATE: 01 | |
| | TERR. | |

Insureds Phone: 3348862851
Insureds ID: 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

ALPHA, PMT CARD, CHARGED
Nov 8, 2005  RDB

**Items**
1. Named Insured and Address
   COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS
   1565 CO. RD. 73
   SLOCOMB, AL 36375 [GENEVA county]

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232  (205) 324-0406
Agent Code  01008          Comm.
Follow Up Record  Und. Rept.

2. Policy Period:
   From  11/2/2005 UNTIL CANCELLED
   12:01 A.M.,standard time at the address of the named insured as stated herein.

Business of the named insured is:  MOBILE HOME PULLERS - MOBILE HOMES
Radius:  within 300 miles of the garage location.

3. Schedule as of Effective Date of this Insurance - As To: (a) Owned Automobiles;

| | | | Description: | Purposes of Use (P&B=Pleasure and Business; C=Commercial) | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AUTO No. | Year of Model | Trade Name | Body Type and Model, Truck Size, Truck Load, Tank Gallonage Capacity; or Bus Seating Capacity | Identification (I) No.; Serial (S) No.; Motor (M) No. | Cylinders (No.) | Principally Garaged in (Town or City, State) | Purposes of Use | Classi-fication |
| 1 | 1988 IH TRACTOR | | | 1HSZDGEN7JH571292 | | SLOCOMB, AL | C | |
| 2 | ANY MOBILE HOME WHILE SINGULARLY ATTACHED TO A SCHEDULED TRACTOR | | | | | | | |

(b) Automobile Medical Payments Coverage: Designated Person Insured

(c) Uninsured Motorists Coverage: Designated Person Insured

Designation of Automobiles - Division 1
AUTO No. _____
Insured Highway Vehicles
AUTO No. _____

4. The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specific premium charge or charges.
   The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| PREMIUMS | | | | | LIMIT OF LIABILITY | | COVERAGES | SEC-TION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Total | Auto No. 1 | Auto No. 2 | Auto No. 3 | Auto No. 4 | | each occurrence $1,000,000 | Combined Single Limit | A |
| SEE E69 | | | | | each person | each occurrence | A. Bodily Injury Liability | A |
| | | | | | | | B. Property Damage Liability | |
| | | | | | | | Automobile Medical Payments | B |
| | | | | | each person $20,000 BI | each accident $40,000 BI | D. Uninsured Motorists | C |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Premium for Endorsements: | | | |
| | | | | | TOTAL PREMIUM | $3,931.00 | | |

Form numbers of endorsements attached to policy at issue:
TRN-1 (11-02) E-1 (12-91) E-69L (12-91) E-96 (7-91) E-4 (12-91) E-5 (12-91) E-18 (1-94) E-45 (12-91) E-70 AL (4-03) E-102 (11-93) E-125 (4-99)
Form F (6-71) A101, Info Notice: D-101 CL (1-03) ID-1 (9-03)

5. Except with respect to bailment lease, conditional sale, purchase agreement, mortgage or other encumbrance, the named insured is the sole owner of every vehicle described in Item 3 above, unless otherwise stated herein:
Countersigned at  PO BOX 321215
BIRMINGHAM, AL 35232  11/7/2005

By  _Estelle F. Smith_
                              Authorized Representative
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

Home Office Copy

Copy of Image

0100815114

# BASIC AUTOMOBILE LIABILITY POLICY

STOCK COMPANY



P.O. Box 7 - Greenville, South Carolina - 29602-0007

## CANAL INSURANCE COMPANY
### GREENVILLE, SOUTH CAROLINA
(A stock insurance company, herein called the company)

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the **named insured** as follows:

## SECTION A - BASIC AUTOMOBILE LIABILITY INSURANCE

### I.  COVERAGE A - BODILY INJURY LIABILITY -- COVERAGE B - PROPERTY DAMAGE LIABILITY:

The company will pay on behalf of the **insured** all sums which the **insured** shall become legally obligated to pay as damages because of

#### bodily injury or property damage

to which this insurance applies, caused by an **occurrence** and arising out of the ownership, maintenance or use, including loading and unloading, for the purposes stated as applicable thereto in the declarations, of an **owned automobile** or of a **temporary substitute automobile**, and the company shall have the right and duty to defend any suit against the **insured** seeking damages on account of such **bodily injury** or **property damage**, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions:** This insurance does not apply:

(a) to liability assumed by the **insured** under any contract or agreement;

(b) to any obligation for which the **insured** or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(c) to **bodily injury** to any employee of the **insured** arising out of and in the course of his employment by the **insured** or to any obligation of the **insured** to indemnify another because of damages arising out of such injury; but this exclusion does not apply to any such injury arising out of and in the course of domestic employment by the **insured** unless benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(d) to **property damage** to
  (1) property owned or being transported by the **insured**, or
  (2) property rented to or in the care, custody or control of the **insured**, or as to which the **insured** is for any purpose exercising physical control, other than **property damage** to a residence or private garage by a **private passenger automobile** covered by this insurance;

(e) to **bodily injury** or **property damage** due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to expenses for first aid under the Supplementary Payments provision;

(f) to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of any **owned automobile** or **temporary substitute automobile** while such **automobile** is being used as a public or livery conveyance, unless such use is specifically declared and described in the declarations;

(g) to **bodily injury** or **property damage** arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any watercourse or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.

### II.  SUPPLEMENTARY PAYMENTS: The company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the **insured** in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the **insured** because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or to furnish any such bonds;

(c) expenses incurred by the **insured** for first aid to others at the time of an accident, for **bodily injury** to which this policy applies;

(d) reasonable expenses incurred by the **insured** at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

**III. PERSONS INSURED:** Each of the following is an **insured** under this insurance to the extent set forth below:

(a) the **named insured**;

(b) any partner or executive officer thereof, but with respect to a **temporary substitute automobile** only while such **automobile** is being used in the business of the **named insured**;

(c) any other person while using an **owned automobile** or a **temporary substitute automobile** with the permission of the **named insured**, provided his actual operation or (if he is not operating) his other actual use thereof is within the scope of such permission, but with respect to **bodily injury** or **property damage** arising out of the loading or unloading thereof, such other person shall be an **insured** only if he is:

  (1) a lessee or borrower of the **automobile**, or

  (2) an employee of the **named insured** or of such lessee or borrower;

(d) any other person or organization but only with respect to his or its liability because of acts or omissions of an **insured** under (a), (b) or (c) above.

None of the following is an **insured**:

(i) any person while engaged in the business of his employer with respect to **bodily injury** to any fellow employee of such person injured in the course of his employment;

(ii) except as stated under (b) above, the owner of a **temporary substitute automobile**, or any agent or employee of such owner;

(iii) any person or organization, other than the **named insured**, with respect to:

  (1) a motor vehicle while used with any **trailer** owned or hired by such person or organization and not covered by like insurance in the company (except a **trailer** designed for use with a four wheel **private passenger automobile** and not being used for business purposes with another type motor vehicle), or

  (2) a **trailer** while used with any motor vehicle owned or hired by such person or organization and not covered by like insurance in the company;

(iv) any person while employed in or otherwise engaged in duties in connection with an **automobile business**, other than an **automobile business** operated by the **named insured**.

**IV. LIMITS OF LIABILITY:** Regardless of the number of (1) **insureds** under this policy, (2) persons or organizations who sustain **bodily injury** or **property damage**, (3) claims made or suits brought on account of **bodily injury** or **property damage** or (4) **automobiles** to which this policy applies, the company's liability is limited as follows:

**Coverage A -** The limit of **bodily injury** liability stated in the declarations as applicable to "each person" is the limit of the company's liability for all damages, including damages for care and loss of services, because of **bodily injury** sustained by one person as the result of any one **occurrence**; but subject to the above provision respecting "each person", the total liability of the company for all damages, including damages for care and loss of services, because of **bodily injury** sustained by two or more persons as the result of any one **occurrence** shall not exceed the limit of **bodily injury** liability stated in the declarations as applicable to "each **occurrence**".

**Coverage B -** The total liability of the company for all damages because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** shall not exceed the limit of **property damage** liability stated in the declarations as applicable to "each **occurrence**".

**Coverages A and B -** For the purpose of determining the limit of the company's liability, all **bodily injury** and **property damage** arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one **occurrence**.

**V. POLICY TERRITORY:** This insurance applies only to **bodily injury** or **property damage** which occurs within the **policy territory**.

**VI. DEFINITIONS:** When used in this policy (including endorsements forming a part hereof):

"**automobile**" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include **mobile equipment**;

"**bodily injury**" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"**insured**" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each **insured** against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

"**mobile equipment**" means a land vehicle (including any machinery or apparatus attached thereto,) whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the **named insured**, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

**"named insured"** means the person or organization named in Item 1 of the declarations of this policy;

**"occurrence"** means an accident, including continuous or repeated exposure to conditions, which results in **bodily injury** or **property damage** neither expected nor intended from the standpoint of the **insured**;

**"policy territory"** means:
(1) the United States of America, its territories or possessions, or Canada, or
(2) international waters or air space, provided the **bodily injury** or **property damage** does not occur in the course of travel or transportation to or from any other country, state or nation;

**"property damage"** means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an **occurrence** during the policy period.

## VII. ADDITIONAL    DEFINITIONS    (Automobile Liability Insurance): When used in reference to this insurance (including endorsements forming a part of the policy):

**"automobile business"** means the business or occupation of selling, repairing, servicing, storing or parking **automobiles;**

**"owned automobile"** means either
(a) an **automobile** which is owned by the **named insured** and described in the declarations; or
(b) an **automobile** ownership of which is newly acquired by the **named insured** during the policy period, provided
  (i) it replaces an **owned automobile** as defined in (a) above, or
  (ii) the company insures all **automobiles** owned by the **named insured** on the date of such acquisition and the **named insured** notifies the company within 30 days thereafter of his election to make this and no other policy issued by the company applicable to such **automobile** and pays any additional premium required therefor;
and **"owned automobile"** includes a **trailer** not described in this policy, if designed for use with a four wheel **private passenger automobile** and if not being used for business purposes with another type **automobile;**

**"private passenger automobile"** means a private passenger or station wagon type **automobile** and any **automobile** the **purpose of use** of which is stated in the declarations as **pleasure and business;**

**"temporary substitute automobile"** means an **automobile** not owned by the **named insured** or any resident of the same household, while temporarily used with the permission of the owner as a substitute for an **owned automobile** when withdrawn from normal use for servicing or repair or because of its breakdown, loss or destruction;

**"trailer"** includes semi-trailer but does not include **mobile equipment;**

and as to **"purpose(s) of use"**:

**"commercial"** means use principally in the business occupation of the **named insured** as stated in the declarations including occasional use for personal, pleasure, family and other business purposes;

**"pleasure and business"** means personal, pleasure, family and business use.

## VIII. ADDITIONAL CONDITIONS:

**A.    Other Insurance-Temporary Substitute and Newly Acquired Automobiles:** With respect to a **temporary substitute automobile**, this insurance shall be excess insurance over any other valid and collectible insurance available to the **insured**.
With respect to an **owned automobile** ownership of which is newly acquired by the **named insured** during the policy period and not described in the declarations, this insurance shall not apply if any other valid and collectible insurance is available to the **named insured**.

**B.    Out of State Insurance:** If, under the provisions of the motor vehicle financial responsibility law or the motor vehicle compulsory insurance law or any similar law of any state or province, a non-resident is required to maintain insurance with respect to the operation or use of a motor vehicle in such state or province and such insurance requirements are greater than the insurance provided by the policy, the limits of the company's liability and kinds of coverage afforded by the policy shall be as set forth in such law, in lieu of the insurance otherwise provided by the policy, but only to the extent required by such law and only with respect to the operation or use of a motor vehicle in such state or province; provided that the insurance under this provision shall be reduced to the extent that there is other valid and collectible insurance under this or any other motor vehicle insurance policy. In no event shall any person be entitled to receive duplicate payments for the same elements of loss.

## SECTION B - AUTOMOBILE MEDICAL PAYMENT INSURANCE

**I. COVERAGE C - AUTOMOBILE MEDICAL PAY-MENTS:** The company will pay all reasonable **medical expense** incurred within one year from the date of the accident:

**Division 1.** to or for each person who sustains **bodily injury**, caused by accident, while **occupying** a **designated automobile** which is being used by a person for whom **bodily injury** liability insurance is afforded under this policy with respect to such use;

**Division 2.** to or for each **insured** who sustains **bodily injury**, caused by accident, while **occupying** or, while a pedestrian, through being struck by a **highway vehicle**.

**Exclusions:** This insurance does not apply:

(a) to **bodily injury** to any person or **insured** while employed or otherwise engaged in duties in connection with an **automobile business**, if benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(b) to **bodily injury** due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(c) under Division 1, to **bodily injury** to any employee of the **named insured** arising out of and in the course of employment by the **named insured**, but this exclusion does not apply to any such **bodily injury** arising out of and in the course of domestic employment by the **named insured** unless benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(d) under Division 2, to **bodily injury** sustained while **occupying** a **highway vehicle** owned by any **insured**, or furnished for the regular use of any **insured** by any person or organization other than the **named insured**.

**II. PERSONS INSURED - DIVISION 2:** Each of the following is an **insured** under this insurance to the extent set forth below:

(a) any person designated as **insured** in the schedule;

(b) while residents of the same household as such designated person, his spouse and the relatives of either;

and if such designated person shall die, any person who was an **insured** at the time of such death shall continue to be an **insured**.

**III. LIMIT OF LIABILITY:** Regardless of the number of (1) persons or organizations who are **insureds** under this policy, (2) persons who sustain **bodily injury**, (3) claims made or suits brought on account of **bodily injury**, or (4) **designated automobiles** to which this policy applies, the limit of liability for medical payments stated in the declarations as applicable to "each person" is the limit of the company's liability for all expenses

incurred by or on behalf of each person who sustains **bodily injury** as the result of any one accident.

When more than one medical payments coverage afforded by this policy applies to the loss, the company shall not be liable for more than the amount of the highest applicable limit of liability.

**IV. ADDITIONAL DEFINITIONS:** The additional definitions applicable to **automobile bodily injury** liability insurance also apply to this insurance; and when used in reference to this insurance (including endorsements forming a part of the policy):

"**designated automobile**" means an **automobile** designated in the schedule and includes:

(a) an **automobile** not owned by the **named insured** while temporarily used as a substitute for an **owned automobile** designated in the schedule when withdrawn from normal use for servicing or repair or because of its breakdown, loss or destruction; and

(b) a trailer designed for use with a **private passenger automobile**, if not being used for business purposes with another type **automobile** and if not a home, office, store, display or passenger trailer;

"**highway vehicle**" means a land motor vehicle or trailer other than

(a) a farm type tractor or other equipment designated for use principally off public roads, while not upon public roads;

(b) a vehicle operated on rails or crawler-treads, or

(c) a vehicle while located for use as a residence or premises;

"**medical expense**" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services;

"**occupying**" means in or upon or entering into or alighting from.

**V. POLICY PERIOD; TERRITORY:** This insurance applies only to accidents which occur during the policy period within the policy territory.

**VI. ADDITIONAL CONDITIONS:**

**A. Medical Reports; Proof and Payment of Claim:** As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and such payment shall reduce the amount payable hereunder for such injury. Payment hereunder

shall not constitute an admission of liability of any person or, except hereunder, of the company.

**B. Excess Insurance**: Except with respect to an owned automobile, the insurance under Division 1 shall be excess insurance over any other valid and collectible automobile medical payments or automobile **medical expense** insurance.

The insurance under Division 2 shall be excess insurance over any other valid and collectible automobile medical payments or automobile **medical expense** insurance available to the **insured** under any other policy.

**C. Non-Applicability of Subrogation Condition:** The Subrogation Condition does not apply to the Automobile Medical Payments Coverage.

## SECTION C - UNINSURED MOTORISTS INSURANCE

**I.   COVERAGE D - UNINSURED MOTORIST (Damages for Bodily Injury):** The company will pay all sums which the **insured** or his legal representative shall be legally entitled to recover as damages from the owner or operator of an **uninsured highway vehicle** because of **bodily injury** sustained by the **insured**, caused by accident and arising out of the ownership, maintenance or use of such **uninsured highway vehicle**; provided, for the purposes of this coverage, determination as to whether the **insured** or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the **insured** or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the **bodily injury** shall be conclusive, as between the **insured** and the company, of the issues of liability of such person or organization or of the amount of damages to which the **insured** is legally entitled unless such judgment is entered pursuant to an action prosecuted by the **insured** with the written consent of the company.

**Exclusions:** This insurance does not apply:

(a)  to **bodily injury** to an **insured** with respect to which such **insured**, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor;

(b)  to **bodily injury** to an **insured** while **occupying** a **highway vehicle** (other than an **insured highway vehicle**) owned by the **named insured**, any **designated insured** or any relative resident in the same household as the **named** or **designated insured**, or through being struck by such a vehicle, but this exclusion does not apply to the **named insured** or his relatives while **occupying** or if struck by a **highway vehicle** owned by a **designated insured** or his relatives;

(c)  so as to inure directly or indirectly to the benefit of any workmen's compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workmen's compensation or disability benefits law or any similar law.

**II.   PERSONS INSURED**: Each of the following is an **insured** under this insurance to the extent set forth below:

(a)  the **named insured** and any **designated insured** and, while residents of the same household, the spouse and relatives of either;

(b)  any other person while **occupying** an **insured highway vehicle**; and

(c)  any person, with respect to damages he is entitled to recover because of **bodily injury** to which this insurance applies sustained by an **insured** under (a) or (b) above.

The insurance applies separately with respect to each **insured**, except with respect to the limits of the company's liability.

**III.   LIMITS OF LIABILITY** : Regardless of the number of (1) persons or organizations who are **insureds** under this policy, (2) persons who sustain **bodily injury**, (3) claims made or suits brought on account of **bodily injury**, or (4) **highway vehicles** to which this policy applies,

(a)  The limit of liability stated in the declarations as applicable to "each person" is the limit of the company's liability for all damages because of **bodily injury** sustained by one person as the result of any one accident and, subject to the above provision respecting "each person" the limit of liability stated in the declarations as applicable to "each accident" is the total limit of the company's liability for all damages because of **bodily injury** sustained by two or more persons as the result of any one accident.

(b)  Any amount payable under the terms of this insurance because of **bodily injury** sustained in an accident by a person who is an **insured** under this coverage shall be reduced by

(1) all sums paid on account of such **bodily injury** by or on behalf of

(i)   the owner or operator of the **uninsured highway vehicle** and

(ii)  any other person or organization jointly or severally liable together with such owner or operator for such **bodily injury**,

including all sums paid under the **bodily injury** liability coverage of the policy, and

(2) the amount paid and the present value of all amounts payable on account of such **bodily**

**injury** under any workmen's compensation law, disability benefits law or any similar law.

(c) Any payment made under this insurance to or for any **insured** shall be applied in reduction of the amount of damages which he may be entitled to recover from any person or organization who is an **insured** under the **bodily injury** liability coverage of the policy.

(d) The company shall not be obligated to pay under this insurance that part of the damages which the **insured** may be entitled to recover from the owner or operator of an **uninsured highway vehicle** which represents expenses for medical services paid or payable under the medical payments coverage of the policy.

**IV. POLICY PERIOD; TERRITORY**: This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

**V. ADDITIONAL DEFINITIONS**: When used in reference to this insurance (including endorsements forming a part of the policy):

"**designated insured**" means an individual named in the schedule under **Designated Insured**;

"**highway vehicle**" means a land motor vehicle or trailer other than

(a) a farm type tractor or other equipment designed for use principally off public roads, while not upon public roads,

(b) a vehicle operated on rails or crawler-treads, or

(c) a vehicle while located for use as a residence or premises;

"**hit-and-run vehicle**" means a **highway vehicle** which causes **bodily injury** to an **insured** arising out of physical contact of such vehicle with the **insured** or with a vehicle which the **insured** is **occupying** at the time of the accident, provided:

(a) there cannot be ascertained the identity of either the operator or owner of such **highway vehicle**;

(b) the **insured** or someone on his behalf shall have reported the accident within 24 hours to a police, peace or judicial officer or to the Commissioner of Motor Vehicles, and shall have filed with the company within 30 days thereafter a statement under oath that the **insured** or his legal representative has a cause or causes of action arising out of such accident for damages against a person or persons whose identity is unascertainable, and setting forth the facts in support thereof; and

(c) at the company's request, the **insured** or his legal representative makes available for inspection the vehicle which the **insured** was **occupying** at the time of the accident;

"**insured highway vehicle**" means a **highway vehicle**:

(a) described in the schedule as an **insured highway vehicle** to which the **bodily injury** liability coverage of the policy applies;

(b) while temporarily used as a substitute for an **insured highway vehicle** as described in subparagraph (a) above, when withdrawn from

normal use because of its breakdown, repair, servicing, loss or destruction;

(c) while being operated by the **named** or **designated insured** or by the spouse of either if a resident of the same household;

but the term "**insured highway vehicle**" shall not include:

(i) a vehicle while used as a public or livery conveyance, unless such use is specifically declared and described in this policy;

(ii) a vehicle while being used without the permission of the owner;

(iii) under subparagraphs (b) and (c) above, a vehicle owned by the **named insured**, any **designated insured** or any resident of the same household as the **named** or **designated insured**; or

(iv) under subparagraphs (b) and (c) above, a vehicle furnished for the regular use of the **named insured** or any resident of the same household;

"**occupying**" means in or upon or entering into or alighting from;

"**state**" includes the District of Columbia, a territory or possession of the United States, and a province of Canada;

"**uninsured highway vehicle**" means:

(a) a **highway vehicle** with respect to the ownership, maintenance or use of which there is, in at least the amounts specified by the financial responsibility law of the **state** in which the **insured highway vehicle** is principally garaged, no **bodily injury** liability bond or insurance policy applicable at the time of the accident with respect to any person or organization legally responsible for the use of such vehicle, or with respect to which there is a **bodily injury** liability bond or insurance policy applicable at the time of the accident but the company writing the same denies coverage thereunder or is or becomes insolvent; or

(b) a **hit-and-run vehicle**;

but the term "**uninsured highway vehicle**" shall not include:

(i) an **insured highway vehicle**,

(ii) a **highway vehicle** which is owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law,

(iii) a **highway vehicle** which is owned by the United States of America, Canada, a **state**, a political subdivision of any such government or an agency of any of the foregoing.

**VI. ADDITIONAL CONDITIONS:**

**A. Premium:** If during the policy period the number of **insured highway vehicles** owned by the **named insured** or spouse or the number of dealer's license plates issued to the **named insured** changes, the **named insured** shall notify the company during the policy period of any change and the premium shall be adjusted in accordance with the manuals in use by the company. If the earned premium thus computed exceeds the advance premium paid, the **named insured** shall pay the excess to the company; if less, the company shall return to the **named insured** the unearned portion paid by such **insured**.

# BASIC AUTOMOBILE LIABILITY POLICY

STOCK COMPANY



## Canal Insurance Company

P.O. Box 7 - Greenville, South Carolina - 29602-0007

## SHORT RATE CANCELLATION TABLE FOR ONE YEAR POLICIES

| Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 37-40 | 21 | 95-98 | 37 | 154-156 | 53 | 219-223 | 69 | 292-296 | 85 |
| 2 | 6 | 41-43 | 22 | 99-102 | 38 | 157-160 | 54 | 224-228 | 70 | 297-301 | 86 |
| 3-4 | 7 | 44-47 | 23 | 103-105 | 39 | 161-164 | 55 | 229-232 | 71 | 302-305 (10 mos.) | 87 |
| 5-6 | 8 | 48-51 | 24 | 106-109 | 40 | 165-167 | 56 | 233-237 | 72 | 306-310 | 88 |
| 7-8 | 9 | 52-54 | 25 | 110-113 | 41 | 168-171 | 57 | 238-241 | 73 | 311-314 | 89 |
| 9-10 | 10 | 55-58 | 26 | 114-116 | 42 | 172-175 | 58 | 242-246 (8 mos.) | 74 | 315-319 | 90 |
| 11-12 | 11 | 59-62 (2 mos.) | 27 | 117-120 | 43 | 176-178 | 59 | 247-250 | 75 | 320-323 | 91 |
| 13-14 | 12 | 63-65 | 28 | 121-124 (4 mos.) | 44 | 179-182 (6 mos.) | 60 | 251-255 | 76 | 324-328 | 92 |
| 15-16 | 13 | 66-69 | 29 | 125-127 | 45 | 183-187 | 61 | 256-260 | 77 | 329-332 | 93 |
| 17-18 | 14 | 70-73 | 30 | 128-131 | 46 | 188-191 | 62 | 261-264 | 78 | 333-337 (11 mos.) | 94 |
| 19-20 | 15 | 74-76 | 31 | 132-135 | 47 | 192-196 | 63 | 265-269 | 79 | 338-342 | 95 |
| 21-22 | 16 | 77-80 | 32 | 136-138 | 48 | 197-200 | 64 | 270-273 (9mos.) | 80 | 343-346 | 96 |
| 23-25 | 17 | 81-83 | 33 | 139-142 | 49 | 201-205 | 65 | 274-278 | 81 | 347-351 | 97 |
| 26-29 | 18 | 84-87 | 34 | 143-146 | 50 | 206-209 | 66 | 279-282 | 82 | 352-355 | 98 |
| 30-32 (1 mo.) | 19 | 88-91 (3 mos.) | 35 | 147-149 | 51 | 210-214 (7 mos.) | 67 | 283-287 | 83 | 356-360 | 99 |
| 33-36 | 20 | 92-94 | 36 | 150-153 (5 mos.) | 52 | 215-218 | 68 | 288-291 | 84 | 361-365 (12 mos.) | 100 |

Copy of Image

**CANAL**
GROUP

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM
## INSURANCE COVERAGE

Coverage for acts of terrorism is included in your policy. Effective November 26, 2002, any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by federal law. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States--to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The portion of your annual premium that is attributable to coverage for acts of terrorism is: **$ waived**

Form TRN-1

(Rev. 11-2002)

Copy of Image

0100815114

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE FORM UM-101 AL REV. 10-2004 IS ADDED AS PART
OF THIS POLICY.

Policy Number __470433__     Endorsement Effective Time 12:01 AM _____     Endorsement Effective Date __11/02/2005__

Insured __COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS_____     Expiration Date __Until Cancelled__

Issue Date __11/07/2005__ Authorized Signature _____     ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-1

Copy of Image

(Rev. 12-1991)

0100815114

Copy of Image

# Schedule of Equipment                                                        Liability

| Vehicle # | Year/Trade Name/Model/Body Type | Radius (miles) | Garage Location | Premium |
|---|---|---|---|---|
|  | Motor Vehicle Identification #(VIN) |  |  | Monthly Prem. |
| 1 | 1988 IH TRACTOR<br>1HSZDGEN7JH571292 | 300 | SLOCOMB, AL | $3,931.00<br>$328.00 |
| 2 | ANY MOBILE HOME WHILE SINGULARLY ATTACHED TO A SCHEDULED TRACTOR |  |  | INCLUDED |

Policy Number __470433__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/02/2005__

Insured __COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS_____    Expiration Date __Until Cancelled__

Issue Date __11/07/2005__ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company



Greenville, South Carolina                                (Rev. 12-1991)

Form E-69L

Copy of Image

0100815114

Copy of Image
# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT, FOR THE VEHICLE SHOWN ON THE ATTACHED E-69 SCHEDULE OF EQUIPMENT:

*THE VIN IS AMENDED FOR VEHICLE 1, AS PER E-69L, COPY ATTACHED.

Policy Number __470433__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/14/2005__

Insured __COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS__    Expiration Date __Until Cancelled__

Issue Date __11/16/2005__ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company
Greenville, South Carolina

Form E-1    (Rev. 12-1991)

Copy of Image

0100815207

Copy of Image

# Schedule of Equipment                                             Liability

| Vehicle # | Year/Trade Name/Model/Body Type<br><br>Motor Vehicle Identification #(VIN) | Radius (miles) | Garage Location | Premium<br><br>Monthly Prem. |
|---|---|---|---|---|
| 1 | 1988 IH TRACTOR<br>1HSZDGFN7JH571292 | 300 | SLOCOMB, AL | $3,931.00<br>$328.00 |

Policy Number ___470433___ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _11/14/2005_

Insured _COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS_____ Expiration Date _Until Cancelled_

Issue Date __11/16/200__5 Authorized Signature _____
                          ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company
Greenville, South Carolina                                  (Rev. 12-1991)

Form E-69L



Copy of Image

0100815207



**ENDORSEMENT**

## MONTHLY PREMIUM ENDORSEMENT

It is agreed that this insurance shall take effect as of the date and time shown in Item 2 of the Declarations and continue in full force and effect as long as the monthly premium shown below is paid on or before each monthly due date.

$ __3,931.00__ - Annual Premium Rate

$ __328.00__ - Monthly Premium

__12/1/2005__ - Due date of first monthly premium; subsequent payments due on the

__1st__ of each month.

$ __656.00__ - Deposit

$ __317.00__ - Partial Month Premium from inception to first installment

  To guarantee the payment of earned premium under this policy, the named Insured hereby agrees to deposit with the Company the above deposit amount, which the Company agrees to hold in a special escrow account until this policy is terminated as provided herein or in the policy conditions. Upon termination of this policy, the Company will refund to the named Insured the entire amount of such escrow deposit, less only such part thereof as may be necessary to complete the payment of any previously unpaid earned premium under the policy. No part of this escrow deposit shall be considered as policy premium except such part as may actually be applied by the Company to the payment of earned premium as herein before specified and provided.

  In event this policy is cancelled short rate as provided in the Cancellation condition of the policy, the basis used for the calculation of the short rate earned premium shall be the full annual premium from which the monthly premium for this policy has been determined.

  And it is further agreed that the conditions of this policy are hereby amended to provide that failure on the part of the assured to make any monthly payment on or before due dates above set forth will constitute request on his part for cancellation and cancellation will be effected on the customary short rate basis by the mailing of cancellation notice. In the event cancellation notice is mailed for non-payment of premium, such notice, at the option of the Company, may be rescinded if past due premium plus $3.00 rescinder fee is received at Home Office of Company on or before effective date of cancellation.

Policy Number __470433__     Endorsement Effective Time 12:01 AM _____     Endorsement Effective Date __11/02/2005__

Insured __COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS__     Expiration Date __Until Cancelled__

Issue Date __11/07/2005__ Authorized Signature __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-96          Greenville, South Carolina          (Rev. 7-1991)

0100815114

161089907



## ENDORSEMENT

### OCCUPANT HAZARD EXCLUDED

It is agreed that such insurance as is afforded by the policy for Bodily Injury Liability does not apply to Bodily Injury including death at any time resulting therefrom, sustained by any person while in or upon, entering or alighting from the automobile.

It is further agreed that, in the event the company shall, because of provision of the Federal or State statutes become obligated to pay any sum or sums of money because of such bodily injury or death resulting therefrom, the insured agrees to reimburse the company for any and all loss, costs and expenses paid or incurred by the company.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company
Greenville, South Carolina

Form E-4

Copy of Image

(Rev. 12-1991)

0100815114



## ENDORSEMENT

### LIMITATION OF USE

In consideration of the premium charged for policy to which this endorsement is attached, it is understood and agreed that insurance applies only while the respective vehicles are operated within the radius indicated for each vehicle.

| Vehicle Number | Garage Location | Radius in Miles |
|---|---|---|
| 1 - IH TRACTOR | SLOCOMB, AL | 300 |
| 2 - ANY MOBILE HOME WHILE SINGULARLY ATTACHED TO A SCHEDULED TRACTOR | | |

It is further agreed that the radius is measured from the garage location indicated on this endorsement for each vehicle and that no vehicle is covered if operated beyond its radius, whether as a substitute vehicle for another vehicle described in this policy or otherwise. It is expressly understood and agreed that occasional trips beyond the radius specified are not permitted.

Policy Number __470433__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/02/2005__

Insured __COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS__    Expiration Date __Until Cancelled__

Issue Date __11/07/2005__ Authorized Signature _____ ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Greenville, South Carolina

Form E-5

(Rev. 12-1991)

0100815114



## ENDORSEMENT

### ERRONEOUS DELIVERY OF LIQUID PRODUCTS

It is agreed that the insurance with respect to any **automobile** does not apply to **bodily injury** or **property damage** arising out of the delivery of any liquid product into a wrong receptacle or to a wrong address or the erroneous delivery of one liquid product for another, if the **bodily injury** or **property damage** occurs after such operations have been completed or abandoned at the site of such delivery. Operations which may require further service or maintenance work, or correction, repair or replacement because of performance at the wrong address or because of any error, defect or deficiency, but which are otherwise complete, shall be deemed completed.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company

Greenville, South Carolina

Form E-18

Copy of Image

(Rev. 1-1994)

0100815114

Copy of Image

**ENDORSEMENT**

## TRUCKMAN'S ENDORSEMENT

In consideration of the premium charged for the policy to which this endorsement is attached, it is understood and agreed that no coverage is extended to any person, firm or organization using the described automobile pursuant to any lease, contract of hire, bailment, rental agreement, or any similar contract or agreement either written or oral, expressed or implied, the terms and provisions of the Insuring Agreement III of Section A, entitled "Persons Insured" notwithstanding.

In the event the automobile described in this policy is being used or maintained pursuant to any lease, contract of hire, bailment, rental agreement or any similar contract or agreement, either written or oral, expressed or implied, the insurance afforded the named insured shall be excess insurance over any other insurance.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company

Greenville, South Carolina

Form E-45

Copy of Image

(Rev. 12-1991)

0100815114

# CANAL
INSURANCE COMPANY

## AMENDATORY ENDORSEMENT - ALABAMA

SECTION C - UNINSURED MOTORISTS INSURANCE in the Basic Automobile Liability Policy is replaced with the following:

### SECTION C - UNINSURED MOTORISTS INSURANCE

I.  COVERAGE D - UNINSURED MOTORISTS (Damages for Bodily Injury): The company will pay all sums which the insured or the insured's legal representative shall be legally entitled to recover as damages from the owner or operator of an uninsured highway vehicle because of bodily injury sustained by the insured, caused by accident arising out of the ownership, maintenance, or use of such uninsured highway vehicle; provided, for the purposes of this coverage, determination as to whether the insured or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the insured or such representative and the company or, if they fail to agree, by arbitration if mutually agreed upon by both parties.

No judgment against any person or organization alleged to be legally responsible for the bodily injury shall be conclusive, as between the insured and the company, of the issues of liability of such person or organization or of the amount of damages to which the insured is legally entitled unless such judgement is entered pursuant to an action prosecuted by the insured with the written consent of the company and the company has:
(a)  Received reasonable notice of the pendency of the suit resulting in the judgment; and
(b)  Had a reasonable opportunity to protect our interest in the suit.
However, if reasonable notice has not been given to the company, the company has the option to accept the judgment in the suit as binding on the company.

Exclusions: This insurance does not apply:
(a)  To bodily injury to an insured with respect to which such insured, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor; however, this Exclusion does not apply to an underinsured highway vehicle;
(b)  So as to inure directly or indirectly to the benefit of any workers' compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workers' compensation or disability benefits law or any similar law.
(c)  To any insured using a vehicle without a reasonable belief that person is entitled to do so.

II.  PERSONS INSURED: If the named insured is designated in the Declarations as:
(a)  An individual, then the following are insureds:
(i)  The named insured and any family members.
(ii)  Anyone else occupying an insured highway vehicle or a temporary substitute for an insured highway vehicle. The insured highway vehicle must be out of service because of its breakdown, repair, servicing, loss or destruction.
(iii)  Anyone for damages he or she is entitled to recover because of bodily injury sustained by another insured.

(b)  A partnership, limited liability company, corporation, an insured doing business as a commercial enterprise, or any other form of organization, then the following are insureds:
(i)  Anyone occupying an insured highway vehicle or temporary substitute for an insured highway vehicle. The insured highway vehicle must be out of service because of its breakdown, repair, servicing, loss or destruction.
(ii)  Anyone for damages he or she is entitled to recover because of bodily injury sustained by another insured.
The insurance applies separately with respect to each insured, except with respect to the limits of the company's liability.

III.  LIMITS OF LIABILITY: Regardless of the number of insured highway vehicles, insureds, premiums paid, claims made or vehicles involved in the accident, the limit of insurance is as follows:
(a)  The most the company will pay for all damages resulting from bodily injury to any one person caused by any one accident, including all damages claimed by any person or organization for care, loss of services or death resulting from the bodily injury, is the limit of uninsured motorists (BI) shown in the Declarations for each person. If there is more than one insured highway vehicle, the Company's limit of insurance for any one accident is the sum of the limits applicable to each insured highway vehicle, subject to a maximum of three insured highway vehicles.
(b)  Subject to the limit for each person, the most the company will pay for all damages resulting from bodily injury caused by any one accident, is the limit of uninsured motorists (BI) shown in the Declarations for each accident.
(c)  If coverage for bodily injury is provided on a combined single limit basis, the most the company will pay for all damages resulting from any one accident is the uninsured motorists (CSL) shown on the Declarations subject to affording split limits as required by law.
(d)  No one will be entitled to receive duplicate payments for the same elements of loss under this endorsement, any Liability Coverage policy, or any Medical Payments Coverage endorsement.
(e)  The company will not make a duplicate payment for any element of loss for which payment has been made by or for anyone who is legally responsible.
(f)  The company will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any workers' compensation law, disability benefits, or similar law.
(g)  We will reduce the insured's total damages by any amount available to that insured, under any bodily injury liability bonds or policies applicable to an underinsured motor vehicle, that such insured did not recover as a result of a settlement between that insured and the insurer of such vehicle. However, any reduction of the insured's total damages will not reduce the limit of liability for this coverage. This paragraph shall not apply if the company advances payment to the insured in an amount equal to the tentative settlement with the insurer of the underinsured vehicle.

(Rev. 4-2003)

0100815114

IV.  POLICY PERIOD; TERRITORY: This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

V.  ADDITIONAL DEFINITIONS: When used in reference to this insurance (including endorsements forming a part of the policy):

"designated insured" means an individual named in the Schedule under Designated Person Insured.

"family member" means a person related to an individual named insured by blood, marriage or adoption who is a resident of such named insured's household, including a ward or foster child.

"highway vehicle" means a land motor vehicle or trailer other than a:
(a) Farm type tractor or other equipment designed for use principally off public roads, while not upon public roads,
(b) Vehicle operated on rails or crawler-treads, or
(c) Vehicle while located for use as a residence or premises.

"hit-and-run vehicle" means a highway vehicle which causes bodily injury to an insured arising out of physical contact of such vehicle with the insured or with a vehicle which the insured is occupying at the time of the accident, provided:
(a) There cannot be ascertained the identity of either the operator or owner of such highway vehicle;
(b) The insured or someone on the insured's behalf shall have reported the accident within 24 hours to a police, peace or judicial officer or to the Commissioner of Motor Vehicles and shall have filed with the company within 30 days thereafter a statement under oath that the insured or the insured's legal representative has a cause or causes of action arising out of such accident for damages against a person or persons whose identity is unascertainable, and setting forth the facts in support thereof;
(c) At the company's request, the insured or the insured's legal representative makes available for inspection the vehicle which the insured was occupying at the time of the accident; and
(d) If there is no physical contact with the hit-and-run vehicle, the insured must submit substantial evidence to establish a right a recovery.

"insured highway vehicle" means a highway vehicle:
(a) Described in the Schedule as an owned automobile to which the Bodily Injury Liability Coverage of the policy applies;
(b) While temporarily used as a substitute for an insured highway vehicle as described in subparagraph (a) above, when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction;
(c) While being operated by the named or designated insured or by the spouse of either if a resident of the same household;
but the term "insured highway vehicle" shall not include:
(i) A vehicle while used as a public or livery conveyance, unless such use is specifically declared and described in this policy;
(ii) A vehicle while being used without the permission of the owner;
(iii) Under subparagraphs (b) and (c) above, a vehicle owned by the named insured, any designated insured or any resident of the same household as the named or designated insured; or
(iv) Under subparagraphs (b) and (c) above, a vehicle furnished for the regular use of the named insured or any resident of the same household.

"occupying" means in or upon or entering into or alighting from.

"state" includes the District of Columbia, a territory or possession of the United States, and a province of Canada.

"uninsured highway vehicle" means:
(a) A highway vehicle for which no liability bond or policy at the time of the accident provides at least the amounts specified by the financial responsibility law of Alabama as follows:
(i) $20,000 for bodily injury to any one person caused by any one accident; and
(ii) $40,000 for bodily injury to two or more persons caused by any one accident.
(b) A hit-and-run vehicle;
(c) An underinsured highway vehicle; or
(d) A highway vehicle for which the insuring or bonding company denies coverage or is or becomes insolvent.
but the term "uninsured highway vehicle" shall not include:
(i) An insured highway vehicle;
(ii) A highway vehicle which is owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law;
(iii) A highway vehicle which is owned by the United States of America, Canada, a state, a political subdivision of any such government or an agency of any of the foregoing;
(iv) A highway vehicle designed for use mainly off public roads while not on public roads.

"underinsured highway vehicle" means a highway vehicle for which the sum of all liability bonds or policies at the time of the accident provides a limit that is less than the amount an insured is legally entitled to recover as damages caused by the accident.

VI.  ADDITIONAL CONDITIONS

A.  Premium: If during the policy period the number of insured highway vehicles owned by the named insured or spouse or the number of dealer's license plates issued to the named insured changes, the named insured shall notify the company during the policy period of any change and the premium shall be adjusted in accordance with the manuals in use by the company.  If the earned premium thus computed exceeds the advance premium paid, the named insured shall pay the excess to the company; if less, the company shall return to the named insured the unearned portion paid by such insured.

B.  Proof of Claim; Medical Reports: As soon as practicable, the insured or other person making claim shall give the company written proof of claim, under oath if required, including full particulars of the nature and extent of the injuries, treatment, and other details entering into the determination of the amount payable hereunder.  The insured and every other person making claim hereunder shall submit to examination under oath by any person named by

Form E-70 AL

Page 2 of 14

(Rev. 4-2003)

0100815114

2

the damages which are the subject of claim made under this insurance;

(c) Such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights;

(d) If requested in writing by the company, such person shall take, through any representative designated by the company, such action as may be necessary or appropriate to recover such payment as damages from such other person or organization, such action to be taken in the name of such person; in the event of a recovery, the company shall be reimbursed out of such recovery for expenses, costs and attorneys' fees incurred by it in connection therewith;

(e) Such person shall execute and deliver to the company such instruments and papers as may be appropriate to secure the rights and obligations of such person and the company established by this provision;

(f) (a) - (e) of this provision do not apply with respect to an accident with an underinsured highway vehicle if the company:

    (1) Has been given prompt written notice of a tentative settlement between the insured and the insurer of an underinsured motor vehicle; and

    (2) Fails to advance payment to the insured in an amount equal to the tentative settlement within 30 days after receipt of notification.

If the company advances payment to the insured in an amount equal to the tentative settlement offer within 30 days after receipt of notification:

    (1) That payment will be separate from any amount the insured is entitled to recover under the provisions of this Uninsured Motorists Coverage; and

    (2) The company has the right to recover the advanced payment.

If the company makes any payment the and insured recovers from another party, the insured shall hold the proceeds in trust for the company and pay the company back the amount the company has paid.

H. Payment of Loss by the Company: Any amount due hereunder is payable:

    (a) To the insured, or

    (b) If the insured is a minor, to the insured's parent or guardian, or

    (c) If the insured is deceased, to the insured's surviving spouse, otherwise

    (d) To a person authorized by law to receive such payment or to a person legally entitled to recover the damages which the payment represents;

provided, the company may at its option pay any amount due hereunder in accordance with division (d) hereof.

I. Duties in the Event of Accident, Claim, Suit or Loss:
A person seeking Uninsured Motorists Coverage must promptly notify the company in writing of a tentative settlement between the insured and the insurer of an underinsured highway vehicle and allow the company 30 days to advance payment to that insured in an amount equal to the tentative settlement to preserve the company's rights against the insurer, owner or operator of such underinsured highway vehicle.

Copy of Image

# ENDORSEMENT

## SINGLE LIMIT OF LIABILITY

| COVERAGES |
|---|
| Bodily Injury Liability and Property Damage Liability<br>Uninsured and Underinsured Motorist Coverage |

It is agreed that the provisions of the policy captioned "LIMITS OF LIABILITY" relating to **Bodily Injury** Liability and **Property Damage** Liability are amended to read as follows:

### LIMITS OF LIABILITY

Regardless of the number of (1) **insureds** under this policy, (2) persons or organizations who sustain **bodily injury** or **property damage**, (3) claims made or suits brought on account of **bodily injury** or **property damage** or (4) **automobiles** to which this policy applies, the company's liability is limited as follows:

### Bodily Injury Liability and Property Damage Liability:

The limit of liability stated in the schedule of the policy as applicable to "each **occurrence**" is the total limit of the company's liability for all damages because of **bodily injury**, including damages for care and loss of services, or **property damage** as a result of any one **occurrence**, provided that with respect to any one **occurrence** for which notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility under the provisions of the Motor Vehicle Financial Responsibility Law of any state or province such limit of liability shall be applied to provide the separate limits required by such law for **bodily injury** liability and for **property damage** liability to the extent of the coverage required by such law, but the separate application of such limit shall not increase the total limit of the company's liability.

### Uninsured and Underinsured Motorist Coverage:

Whenever Uninsured and/or Underinsured Motorist Coverage has been purchased, Combined Single Limits will be amended to afford Split Limits as required by law.

---

### EXCESS POLICY

IT IS FURTHER UNDERSTOOD AND AGREED THAT WHEN THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED IS AN EXCESS POLICY, THE COMPANY'S LIMIT OF LIABILITY SHALL NOT EXCEED 100% OF THE DIFFERENCE BETWEEN THE PRIMARY OR UNDERLYING LIMITS OF LIABILITY AS STATED IN THE POLICY AND TOTAL LIMITS OF PRIMARY AND EXCESS.

---

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company

Greenville, South Carolina

Form E-102

Copy of Image

(Rev. 11-1993)

0100815114



## AMENDATORY ENDORSEMENT

### SECTION A - BASIC AUTOMOBILE LIABILITY INSURANCE

PART I     COVERAGE A - BODILY INJURY LIABILITY - - COVERAGE B - PROPERTY DAMAGE LIABILITY

EXCLUSIONS: The following are added:

(h) to bodily injury or property damage resulting from the movement of property by mechanical device (other than a hand truck) unless the device is attached to an owned automobile or temporary substitute automobile;

(i) to bodily injury or property damage arising out of the named insured's work after that work has been completed or abandoned. In this exclusion, the named insured's work means:

    (1) work or operations performed by the named insured or on behalf of the named insured; and
    (2) materials, parts or equipment furnished in connection with such work or operations.

The named insured's work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in paragraphs 1. or 2. above.

The named insured's work will be deemed completed at the earliest of the following times:

    (1) when all of the work called for in the named insured's contract has been completed.
    (2) when all of the work to be done at the site has been completed if the named insured's contract calls for work at more than one site.
    (3) when that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed;

(j) to bodily injury or property damage arising out of the operation of the following:

    (1) cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and
    (2) air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

# Canal Insurance Company

Greenville, South Carolina

(Rev. 4-1999)

Form E-125

0100815114

Copy of Image

**FORM F**

# UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY INSURANCE ENDORSEMENT

It is agreed that:

1.  The certification of the policy, as proof of financial responsibility under the provisions of any State motor carrier law or regulations promulgated by any State Commission having jurisdiction with respect thereto, amends the policy to provide insurance for automobile bodily injury and property damage liability in accordance with the provisions of such law or regulations to the extent of the coverage and limits of liability required thereby; provided only that the insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except by reason of the obligation assumed in making such certification.

2.  The Uniform Motor Carrier Bodily Injury and Property Damage Liability Certificate of Insurance has been filed with the State Commissions indicated below hereof.

3.  This endorsement may not be canceled without cancellation of the policy to which it is attached.  Such cancellation may be effected by the company or the insured giving thirty (30) days' notice in writing to the State Commission with which such certificate has been filed, such thirty (30) days' notice to commence to run from the date the notice is actually received in the office of such Commission.

Attached to and forming part of Policy No. _____470433_____

issued by ___Canal Insurance Company_____ , herein called

Company, of ___Greenville, South Carolina_____

to ___COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS_____

of ___1565 CO. RD. 73 SLOCOMB, AL 36375_____

Dated at ___BIRMINGHAM, AL 35232___    this ___7th___ day of ___November___    20 05

Countersigned by ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

Authorized Representative

| X -- INDICATES STATE COMMISSIONS WITH WHOM UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY CERTIFICATE OF INSURANCE HAS BEEN FILED. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ALABAMA | X | HAWAII | | MICHIGAN | | NORTH CAROLINA | | UTAH |
| ALASKA | | IDAHO | | MINNESOTA | | NORTH DAKOTA | | VERMONT |
| ARIZONA | | ILLINOIS | | MISSISSIPPI | | OHIO | | VIRGINIA |
| ARKANSAS | | INDIANA | | MISSOURI | | OKLAHOMA | | WASHINGTON |
| CALIFORNIA | | IOWA | | MONTANA | | OREGON | | WEST VIRGINIA |
| COLORADO | | KANSAS | | NEBRASKA | | PENNSYLVANIA | | WISCONSIN |
| CONNECTICUT | | KENTUCKY | | NEVADA | | RHODE ISLAND | | WYOMING |
| DELAWARE | | LOUISIANA | | NEW HAMPSHIRE | | SOUTH CAROLINA | | |
| DISTRICT OF COLUMBIA | | MAINE | | NEW JERSEY | | SOUTH DAKOTA | | |
| FLORIDA | X | MARYLAND | | NEW MEXICO | | TENNESSEE | | |
| GEORGIA | X | MASSACHUSETTS | | NEW YORK | | TEXAS | | |

MC1632 (Ed. 6-71)

IRB 3538 A

Copy of Image

0100815114

170433

# CANAL

☑ INSURANCE COMPANY
☐ INDEMNITY COMPANY

**APPLICATION FOR COMMERCIAL MOTOR VEHICLE INSURANCE**
**LIABILITY and PHYSICAL DAMAGE**

ALL STATES

| | | |
|---|---|---|
| 1. This Application is for ☑ Liability ☐ Physical Damage | 2. Desired Effective Date: _11-02-2005_ mm / dd / yyyy  Hour: _12:01_ ☑ a.m. ☐ p.m. | 3. US DOT# |

4. Applicant Name _Colbert Bryan McGuff_

5. DBA, if any _Bear Creek Movers_

6. Legal Owner or Officer of Business _Colbert Bryan McGuff_

7. Area Code / Phone Number _334 886 2851_

8. Mobile Phone Number

9. Location Address: Street _1565 Co Rd 73_  City _Slocomb_  County _Geneva_  State _AL_  Zip Code _36375_

10. Mailing Address: Street _Same_  City _____  County _____  State _____  Zip Code _____

| | | |
|---|---|---|
| 11. Applicant is ☑ Individual ☐ Partnership ☐ Corporation ☐ LLC | 12. Location ☐ Inside City Limits ☑ Outside City Limits | 13. Tax ID and/or Social Security Number _420 82 6163_ |

14. Business is ☑ Trucking for Hire (☐ Contract Carrier ☐ Common Carrier) ☐ Trucking Private ☐ Non-Trucking ☐ Public Auto

15. Class is ☐ Driveaway ☐ Dump ☐ Hazardous ☐ Mobile Home Toters ☐ Other

16. If Trucking Business, describe type of cargo hauled and list farthest destination.
Type of Cargo Hauled: _Mobile Homes_       Farthest Destination:

| | | |
|---|---|---|
| 17. Is vehicle used to haul explosives? ☐ Yes ☑ No | 18. Is vehicle used to transport employees? ☐ Yes ☑ No | 19. Past 12 months Gross Receipts _15000_ |
| 20.a. Do you haul any double trailers? ☐ Yes ☐ No | 20.b. Do you haul any triple trailers? ☐ Yes ☑ No | 20.c. Do you haul any flatbed trailers? ☐ Yes ☑ No |

21. Are any vehicles under a long-term leased owner/operator arrangement? If yes, who is responsible for the maintenance of those vehicles? ☐ Yes ☑ No

| | |
|---|---|
| 22. Do you own, lease or rent vehicles not listed on application? If yes, explain. ☐ Yes ☑ No | 23. Do you lend, lease or rent equipment to others without drivers? ☐ Yes ☑ No  Do you hire owner operators on a trip lease basis? ☐ Yes ☑ No  Explain any yes answers: |

24. If non-trucking, list name & terminal of lessee to whom you are permanently leased.       MC# of Lessee:

25. Does Applicant have other Commercial Auto Liability Insurance in force? ☐ Yes ☑ No
If yes, give Insurance Company name, number of units covered, limits and details.

NOV 14 2005

| 26.a. Liability Coverage Limits Desired | Combined Single Units _1,000,000_ Each Occurrence | 26.b. Split Limits for Public Autos only | A. Bodily Injury _,000 / ,000_  Each Person / Each Occurrence | B. Property Damage _,000_ Each Occurrence |
|---|---|---|---|---|

27.       **INFORMATION FOR FILINGS**

| Filings Required | Motor Carrier or Permit Number | Applicant's Name and Address exactly as it appears on each Permit. |
|---|---|---|
| ☐ FHWA | MC | _Colbert Bryan McGuff_ |
| ☑ Form E | | _dba Bear Creek Movers_ |
| ☐ Oversized/Overweight | | _1565 Co Rd 73_ |
| ☐ Hazardous | | _Slocomb, Al 36375_ |
| ☐ _St. of AL - GA + FL_ | | |

I hereby certify that the information contained in this application is true and agree that a misrepresentation of any of the facts by me will constitute reason for the company to void or cancel any policy issued on the basis of this application, and will hold the company harmless for the action taken. I also agree that if a policy is issued pursuant to this application, the application and any elections or rejections, which are included with the application and signed by me, may be relied upon by the company as accurate and shall become a part of the policy.

I recognize that all or part of my operations are under the Department of Transportation oversight requiring me to adhere to its rules and regulations. I acknowledge that DOT's rules and regulations are understood by me and I will adhere to the rules and regulations including but not limited to driver hiring, vehicle inspection and maintenance, and hours of service.

Signature of Applicant _Colbert Bryan McG_   x

Signature of Agent of Applicant _[signature]_

Type or Print Applicant Name _Colbert Bryan McGuff_   Address of Agent _PO Box 5022 Dothan Al 36302_

Title or Relationship to Applicant _Owner_

Date Application Completed _11-2-05_

**THIS IS NOT A BINDER    THIS IS NOT A BINDER    THIS IS NOT A BINDER    THIS IS NOT A BINDER**

Form A-101

(Rev. 9-2005)

470433

**THE FOLLOWING INFORMATION NECESSARY IF APPLICANT TO BE ACCEPTED**

28. Insurance history for applicant for  ☑ New Venture or  ☐ Current and past 3 years.

| | From | To | Name of Insurance Carrier |
|---|---|---|---|
| Current Year | 9-8-05 | 11-2-05 | PROGVESSIVE |
| 1st Prior Year | | | |
| 2nd Prior Year | | | |
| 3rd Prior Year | | | |

29. Have you ever had insurance for this type of operation cancelled, declined or renewal refused? ☐ Yes ☑No
   If yes, give name of Insurance Companies, dates and reason for cancellation or refusal.

30. Have you filed for bankruptcy or had tax or credit liens against you in the past 3 years? ☑ Yes ☐No  BM

31. Have you ever had insurance with Canal? ☐ Yes ☑No  If yes, give Policy Number

32.

**LIABILITY LOSS INFORMATION**

| Show Policy Periods For Past Three Years | | | Number of Accidents | TOTAL AMOUNT INCURRED LOSSES | |
|---|---|---|---|---|---|
| | | | | Bodily Injury | Property Damage |
| | From | To | | | |
| Current Year | | | | $ | $ |
| 1st Prior Year | | | | $ | $ |
| 2nd Prior Year | | | | $ | $ |
| 3rd Prior Year | | | | $ | $ |

33.

**PHYSICAL DAMAGE LOSS INFORMATION**

| Show Policy Periods For Past Three Years | | | Number of Accidents | TOTAL AMOUNT INCURRED LOSSES | |
|---|---|---|---|---|---|
| | | | | Collision | Fire & Theft |
| | From | To | | | |
| Current Year | | | | $ | $ |
| 1st Prior Year | | | | $ | $ |
| 2nd Prior Year | | | | $ | $ |
| 3rd Prior Year | | | | $ | $ |

34. Policy Period & Payment Method
   ☐ Financed through PFC
   ☐ Annual - ☐ Full Payment or ☐ Payment Plan
   ☐ Until Cancelled - Monthly Bill
   ☐ Short Term expiration date _____  ☐ No payment plan available

35.
   | | Total Premium | Down payment | # Installments | Amount Enclosed (agent use only) |
   |---|---|---|---|---|
   | Liability | 3931 | 984 | UNT | |
   | Physical Damage | | | | |

NOV 1 4 2005

| Name | Mailing Address | Relationship to Insured |
|---|---|---|
| | | |
| | | |
| | | |

| Name | Mailing Address | Relationship to Insured |
|---|---|---|
| | | |
| | | |
| | | |

Attach separate list if space above is not adequate.

**THIS IS NOT A BINDER    THIS IS NOT A BINDER    THIS IS NOT A BINDER    THIS IS NOT A BINDER**
Form A-101                                                                                                      (Rev. 9-2005)

4N0433

# CANAL
INSURANCE COMPANY

### APPLICATION FOR COMMERCIAL MOTOR VEHICLE INSURANCE
### LIABILITY and PHYSICAL DAMAGE

## ALABAMA SUPPLEMENTAL APPLICATION
### must be completed in conjunction with the ALL STATES Form A-101

| 1. Applicant Name | *ColBert Bryan McGriff* |
| 2. DBA, if any | *Bear Creek Movers* |

## REJECTION OF UNINSURED MOTORISTS (FAMILY PROTECTION) COVERAGE

In accordance with the provisions of 32-7-23 (a) of the Alabama Law which permit the insured named in the policy to reject the Uninsured Motorist (Family Protection) Coverage, the undersigned insured(s) does hereby reject such insurance, being the insurance provided for the protection of persons insured under this policy who would legally be entitled to recover damages from the owners or operators of uninsured motor vehicles because of bodily injury, sickness or disease, including death resulting therefrom. IF THE NAMED INSURED IS AN INDIVIDUAL AND THERE IS MORE THAT ONE NAMED INSURED, ALL NAMED INSUREDS MUST REJECT SUCH COVERAGE IN WRITING.

X _____

_____
Signature of Insured                                    Date

X _____

_____
Signature of Insured                                    Date

X _____

_____
Signature of Insured                                    Date

## IMPORTANT NOTICE REGARDING THE UM COVERAGE
## FOR WHICH YOU HAVE APPLIED

THIS DOCUMENT AFFECTS YOUR LEGAL RIGHTS. IF THE POLICY FOR WHICH YOU ARE APPLYING IS A LIABILITY POLICY AND <u>YOU HAVE NOT REJECTED UNINSURED MOTORIST COVERAGE, READ</u> THE FOLLOWING INFORMATION CAREFULLY <u>AND SIGN</u> THE ACKNOWLEDGMENT OF ARBITRATION AGREEMENT.

1. THE POLICY FOR WHICH YOU HAVE APPLIED INCLUDES A BINDING ARBITRATION AGREEMENT.

2. THE ARBITRATION AGREEMENT REQUIRES THAT ANY DISAGREEMENT RELATED TO THE UM COVERAGE MUST BE RESOLVED BY ARBITRATION AND NOT IN A COURT OF LAW.

3. THE RESULTS OF THE ARBITRATION ARE FINAL AND BINDING ON YOU AND THE INSURANCE COMPANY.

4. IN AN ARBITRATION, AN ARBITRATOR, WHO IS AN INDEPENDENT, NEUTRAL PARTY, GIVES A DECISION AFTER HEARING THE POSITIONS OF THE PARTIES.

5. WHEN YOU ACCEPT THIS UM COVERAGE, YOU AGREE TO RESOLVE ANY DISAGREEMENT RELATED TO THE UM COVERAGE BY BINDING ARBITRATION INSTEAD OF A TRIAL IN COURT INCLUDING A TRIAL BY JURY.

6. ARBITRATION TAKES THE PLACE OF RESOLVING DISPUTES BY A JUDGE AND JURY AND THE DECISION OF THE ARBITRATOR CANNOT BE REVIEWED IN COURT BY A JUDGE AND JURY.

## ACKNOWLEDGMENT OF ARBITRATION AGREEMENT

I HAVE READ THIS STATEMENT. I UNDERSTAND THAT I AM VOLUNTARILY SURRENDERING MY RIGHT TO HAVE ANY DISAGREEMENT BETWEEN THE INSURANCE COMPANY AND MYSELF REGARDING THE UM COVERAGE RESOLVED IN COURT. THIS MEANS I AM WAIVING MY RIGHT TO A TRIAL BY JURY.

I UNDERSTAND THAT UPON RECEIPT OF THE POLICY I SHOULD READ THE ARBITRATION CLAUSE CONTAINED IN THE UM SECTION OF THE POLICY AND THAT I HAVE THE RIGHT TO REJECT THIS POLICY WITHIN THREE (3) DAYS OF THE DATE OF DELIVERY IF I DO NOT WANT TO ACCEPT THE REQUIREMENT FOR ARBITRATION.

I UNDERSTAND THAT THIS SAME TYPE OF INSURANCE MAY BE AVAILABLE THROUGH AN INSURANCE COMPANY THAT DOES NOT REQUIRE THAT POLICY RELATED DISAGREEMENTS BE RESOLVED BY BINDING ARBITRATION.

*Colbert Bryan McM*                X   11-2-05   3pm
Applicant / Insured                     Date / Time

*Jonathan Cullen*                        11-2-05   3pm
Agent                                   Date / Time

RECEIVED
NOV 14 2005

**THIS IS NOT A BINDER**      **THIS IS NOT A BINDER**      **THIS IS NOT A BINDER**      **THIS IS NOT A BINDER**

Form A-101 AL                                    Page 1 of 1                                    (Rev. 9-2005)

11/18/2005 09:48 AM

### SCHEDULE OF OWNED AND LEASED EQUIPMENT AND RATING INFORMATION

| Unit Number | Model Year | Trade Name and Kind of Vehicle (1)(2) | Motor/Serial Number | Terminal Location | Gross Vehicle Weight | Radius | Desired Amt. of Insurance (3) | Deductible FTCAC & Collision | Indicate either Owned or Leased | | Computed Premium | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Owned | Leased | Liability | Phys Dam |
| 1 | 88 | IH AMHWA | 1HS2DGFN7JHS91292 | Slocomb | | 300 | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | Total Premium | |

NOTES: (1) Specify whether truck, tractor, trailer, bus, taxi, mobile equipment, etc.
(2) Is there specialized equipment attached to any unit, i.e. cranes, booms, buckets?
(3) Coverage written on actual cash value basis only, not to exceed this stated amount. Comprehensive coverage not written on commercial vehicles.

NOV 4 2005

**LIST OF DRIVERS OF INSURED VEHICLES** (attach list of drivers with required information if space below is not adequate)
I understand that an essential factor in obtaining automobile insurance is the list of drivers of vehicles covered by the policy for which I am applying. I declare the attached list includes all of the drivers of vehicles requested to be covered under the policy including employees, leased employees, mechanics, family members, as well as any other person allowed to drive an insured vehicle. I agree to notify my agent of any additional drivers before they are allowed to drive an insured vehicle.

| Driver's Name | Social Security Number | Date of Birth Mo. Day Year | State | Driver's License Number | No. of Violations and Accidents Past 3 Years | No. of serious Violations and Accidents Past 7 Years (1) | Year Hired | Years of Applicable Experience | SR-22 Required? Applies to owner only. |
|---|---|---|---|---|---|---|---|---|---|
| BRYAN W GOIFF | 420826163 | 9-22-56 | AL | 3473443 | 0 | 0 | | 10 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

(1) Serious violations include but are not limited to DUI, homicide or assault involving an auto, leaving the scene of an accident, etc.

### LOSS PAYEES

| Unit Number | Name of Loss Payees | Complete Address |
|---|---|---|
| | | |
| | | |
| | | |

THIS IS NOT A BINDER    THIS IS NOT A BINDER    THIS IS NOT A BINDER    THIS IS NOT A BINDER

Form A-101    Page 3 of 3    (Rev. 9-2005)

11/18/05 09:49 AM

4N04/33

470433

# CANAL
**INSURANCE COMPANY**

## APPLICATION FOR COMMERCIAL MOTOR VEHICLE INSURANCE
### LIABILITY and PHYSICAL DAMAGE

**ALABAMA**
Submit in Duplicate

1. Applicant  COLBERT BRYAN McGRIFF  Area/Phone Number  334 886 2851  2. This Application is for  ☑ Liability ☐ Physical Damage
dBA BEAR CREEK MOVERS  City 1565 Co. Rd 73  County SLOCOMB, GENEVA  State AL  Zip Code 36375

4. Applicant is  ☐ Individual ☐ Partnership ☐ Corporation  5. Legal Owner of Business COLBERT Bryan McGriff  6. Tax ID or Social Security Number  420 82 6163

7. Business is  ☐ Taxi  ☐ Bus Private  ☐ Bus Public  ☐ Trucking Private  ☐ Trucking Contract  ☑ Trucking for Hire  ☐ Other

Is vehicle used to haul explosives?  ☐ Yes ☑ No

8. If Trucking Business, type of cargo hauled. If Bus, number of round trips per day. (be specific)
mobile Homes

Approx. Value Per Load  25000

Is vehicle used to transport employees?  ☐ Yes ☑ No

9. Total number of vehicles owned and/or operated by Applicant.
Taxis _____ Tractors _____ Other _____
Buses _____ Semitrailers _____
Trucks _____ Pleasure Cars (include off-road equipment)

10. Is Equipment lent, leased or rented to/or from others?  ☐ Yes ☑ No
If YES, give unit numbers and details.

11. Does Applicant have other Commercial Liability Insurance in force?  ☑ Yes ☐ No  If YES, give Company, number of units covered, limits and details.
yes  ATLANTA CAS. $100.00 SET UP

12. Liability Coverage Limits Desired  A. Bodily Injury 1,000 ,000  B. Property Damage 1,000 ,000  -OR-  Combined Single Limits 1,000 ,000

## LIABILITY INFORMATION FOR FILINGS

13. Filings Required  Docket or Permit Number  Applicant's Name and Address exactly as it appears on each Permit.
ST OF AL.  COLBERT BRYAN McGRIFF
GA  dBA BEAR CREEK MOVERS
FL
(F+H)

FHWA Docket # MC _____  US DOT #: _____

## THE FOLLOWING INFORMATION NECESSARY IF APPLICANT TO BE ACCEPTED

14. Who was your insurance carrier last year?  Prog

15. Who were your insurance carriers for 2 years before that?  N/A

RECEIVED
NOV - 4 2005

16. Have you ever had insurance for this type of operation cancelled, declined or renewal refused? dates and reason for cancellation or refusal.  ☐ Yes ☑ No  If YES, give name of Insurance Companies,

17. Have you ever had insurance with Canal?  ☐ Yes ☑ No  If YES, give Policy Number

18. | LIABILITY | | | | |
|---|---|---|---|---|
| Show Policy Periods For Past Three Years From / To | Number of Accidents | TOTAL AMOUNT CLAIMS PAID Bodily Injury | Property Damage | TOTAL AMOUNT UNSETTLED CLAIMS Bodily Injury | Property Damage |
| | | $ | $ | $ | $ |
| | | $ | $ | $ | $ |
| | | $ | $ | $ | $ |

19. | PHYSICAL DAMAGE | | | | |
|---|---|---|---|---|
| Show Policy Periods For Past Three Years From / To | Number of Accidents | TOTAL AMOUNT CLAIMS PAID Collision | Fire & Theft | TOTAL AMOUNT UNSETTLED CLAIMS Collision | Fire & Theft |
| | | $ | $ | $ | $ |
| | | $ | $ | $ | $ |
| | | $ | $ | $ | $ |

20. Desired Effective Date of Policy  10-31-05  1201  ☐ a.m. ☐ p.m.
11-2-05
CBM
Month Day Year Hour

21. Expiration Date  until Cancelled

22. Total Premium  $

23. Terms of Payment:  ☐ Full payment or  ☐ installments of $ _____ and downpayment of $ _____ or  ☐ Until Cancelled monthly billing.  Amount enclosed: $ _____

I hereby certify that the information above is true and agree that a misrepresentation of any of the facts by me will constitute reason for the company to void or cancel any policy issued on the basis of this application, and will hold the company harmless for the action taken. I also agree that if a policy is issued pursuant to this application, the application and any elections or rejections, which are included on the application and signed by me, shall become a part of the policy.

Date Application Completed  10-31-05  11-2-05

Signature of Applicant  X Colbert Bryan McG

Signature of Agent of Applicant  _____

X Address of Agent  Dothan, AL 36302

**THIS IS NOT A BINDER**

Form A-101 AL

Page 1

(Rev. 10-2004)

11/14/2005 11:03 AM

470433

## REJECTION OF UNINSURED MOTORISTS (FAMILY PROTECTION) COVERAGE

In accordance with the provisions of 32-7-23 (a) of the Alabama Law which permit the insured named in the policy to reject the Uninsured Motorist (Family Protection) Coverage, the undersigned insured(s) does hereby reject such insurance, being the insurance provided for the protection of persons insured under this policy who would legally be entitled to recover damages from the owners or operators of uninsured motor vehicles because of bodily injury, sickness or disease, including death resulting therefrom. IF THE NAMED INSURED IS AN INDIVIDUAL AND THERE IS MORE THAT ONE NAMED INSURED, ALL NAMED INSUREDS MUST REJECT SUCH COVERAGE IN WRITING.

X _____      Date _____
   Signature of Insured

X _____      Date _____
   Signature of Insured

X _____      Date _____
   Signature of Insured

---

### IMPORTANT NOTICE REGARDING THE UM COVERAGE
### FOR WHICH YOU HAVE APPLIED

THIS DOCUMENT AFFECTS YOUR LEGAL RIGHTS. *IF* THE POLICY FOR WHICH YOU ARE APPLYING IS A LIABILITY POLICY AND *YOU HAVE NOT REJECTED UNINSURED MOTORIST COVERAGE, READ* THE FOLLOWING INFORMATION CAREFULLY *AND SIGN* THE ACKNOWLEDGMENT OF ARBITRATION AGREEMENT.

1.  THE POLICY FOR WHICH YOU HAVE APPLIED INCLUDES A BINDING ARBITRATION AGREEMENT.

2.  THE ARBITRATION AGREEMENT REQUIRES THAT ANY DISAGREEMENT RELATED TO THE UM COVERAGE MUST BE RESOLVED BY ARBITRATION AND NOT IN A COURT OF LAW.

3.  THE RESULTS OF THE ARBITRATION ARE FINAL AND BINDING ON YOU AND THE INSURANCE COMPANY.

4.  IN AN ARBITRATION, AN ARBITRATOR, WHO IS AN INDEPENDENT, NEUTRAL PARTY, GIVES A DECISION AFTER HEARING THE POSITIONS OF THE PARTIES.

5.  WHEN YOU ACCEPT THIS UM COVERAGE, YOU AGREE TO RESOLVE ANY DISAGREEMENT RELATED TO THE UM COVERAGE BY BINDING ARBITRATION INSTEAD OF A TRIAL IN COURT INCLUDING A TRIAL BY JURY.

6.  ARBITRATION TAKES THE PLACE OF RESOLVING DISPUTES BY A JUDGE AND JURY AND THE DECISION OF THE ARBITRATOR CANNOT BE REVIEWED IN COURT BY A JUDGE AND JURY.

### ACKNOWLEDGMENT OF ARBITRATION AGREEMENT

I HAVE READ THIS STATEMENT. I UNDERSTAND THAT I AM VOLUNTARILY SURRENDERING MY RIGHT TO HAVE ANY DISAGREEMENT BETWEEN THE INSURANCE COMPANY AND MYSELF REGARDING THE UM COVERAGE RESOLVED IN COURT. THIS MEANS I AM WAIVING MY RIGHT TO A TRIAL BY JURY.

I UNDERSTAND THAT UPON RECEIPT OF THE POLICY I SHOULD READ THE ARBITRATION CLAUSE CONTAINED IN THE UM SECTION OF THE POLICY AND THAT I HAVE THE RIGHT TO REJECT THIS POLICY WITHIN THREE (3) DAYS OF THE DATE OF DELIVERY IF I DO NOT WANT TO ACCEPT THE REQUIREMENT FOR ARBITRATION.

I UNDERSTAND THAT THIS SAME TYPE OF INSURANCE MAY BE AVAILABLE THROUGH AN INSURANCE COMPANY THAT DOES NOT REQUIRE THAT POLICY RELATED DISAGREEMENTS BE RESOLVED BY BINDING ARBITRATION.

X _____    , _____ 11-2-05        RECEIVED
   Applicant / Insured          Date / Time              NOV - 4 2005
                                                          KWG
X _____    , 10-27-05  11-2-05  KWG
   Agent                        Date / Time

Form UM-101 AL                     Page 2                    (Rev. 10-2004)

**11/14/2005 11:03 AM**

## SCHEDULE OF EQUIPMENT AND RATING INFORMATION

| Item or Unit Number | Year Model | Trade Name and Kind of Vehicle (1) | Motor/Serial Number | Terminal Location | Capacity Tons, Gallons Passengers | Radius Max. Miles | Date Purchase | If Used, Purchase Price | Desired Amt. of Insurance (2) | Deductible All Perils | Computed Premium Liability | Computed Premium Phys. Dmg. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 88 | 1 H | 1HSZDGEN7JH571292 | | | 300 | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

NOTES: (1) Specify whether straight truck, tractor, semitrailer, trailer, bus, taxi, etc. Describe each semitrailer directly under the tractor with which it is used.
(2) Coverage written on actual cash value basis only, not to exceed this stated amount. Comprehensive coverage not written on commercial vehicles.

Total Premium

## LIST ALL DRIVERS OF INSURED VEHICLES

| Driver's Name | Social Security Number | Date of Birth Mo. Day Year | Drivers Licenses State  Number | No. of Violations and Accidents Past 3 Years | (A) SR-22 Required? (B) State | Reason for SR-22 Filing |
|---|---|---|---|---|---|---|
| C. TISMAN JR GRIFF | 420 82 6163 | 9 22 56 | al 3473443 | 0 | 0 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## LOSS PAYEES

| Item or Unit Number of Applicable Vehicles | Name of Loss Payees | Complete Address |
|---|---|---|
| N/A | | |
| | | |
| | | |

11/14/2005 11:03 AM

CANAL *Copy of Image*

# CLAIMS REPORTING INFORMATION NOTICE

# 800-452-6911

**Online Claim reporting is also available at www.canal-ins.com**

**To All Canal Insureds:**

Many accidents result in damages which require immediate attention in order to prevent further loss. When a serious bodily injury, a hazardous spill which may impact the environment or damage to perishable cargo has occurred, please call the Canal Claims Reporting number listed above as soon as possible to report the claim.

When reporting a loss, please be prepared to give the following information:

* Insured name, driver and policy number
* Insured Vehicle Information (make, model and VIN)
* Exact location of the occurrence
* Description of the occurrence
* Type of loss and any environment affected
* Other persons or vehicles involved
* A contact number for someone at the scene

Please communicate these procedures to all drivers and claim reporting personnel. We appreciate your business and assistance in providing prompt notice of accidents.

D-101 CL

*Copy of Image*

(Rev. 1-2003)

0100815114

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability

IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 470433 | 11/02/2005 | 11/02/2006 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1988 IH TRACTOR | | 1HSZDGEN7JH571292 |

NAME OF INSURED

COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375

AGENT

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — FOLD HERE — — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                              (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability

IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED

THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                              (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability

IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED

THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                              (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability

IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED

THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                              (Rev. 9-2003)

Copy of Image

0100815114

Copy of Image

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 470433 | 11/14/2005 | 11/02/2006 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1988 IH TRACTOR 1HSZDGFN7JH571292 | | |

NAME OF INSURED
COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100815207

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 470433 | 06/29/2006 | 11/02/2006 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1989 INTERNATIONAL TRACTOR 1HTLAZPM3KH638466 | | |

NAME OF INSURED
COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                           (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                           (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                           (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                           (Rev. 9-2003)

Copy of Image

0100816947

Copy of Image

## ENDORSEMENT

### GENERAL CHANGE

IT IS AGREED THAT POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED IS CANCELLED.

REASON FOR CANCELLATION: INSURED'S REQUEST
CALCULATION METHOD: 90% PR
CANCELLATION MONTH: NOVEMBER
TOTAL EARNED PREMIUM IN CANCELLATION MONTH: 87
# OF DAYS UNEARNED: 22

ANNUAL PREMIUM AT TIME OF CANCELLATION: $3,931.00



90% PR 1 -

| ADDITIONAL PREMIUM: _____ | RETURN PREMIUM: __SEE BELOW__ |
|---|---|

Breakdown for policies under installment premium payment plan:

11/9/2006 - 12/1/2006
XXXXXXXXXXXX   -241.00          ESCROW DEPOSIT _____ -656.00 _____
The remaining __monthly__ installments due will change by __-328.00__ from __328.00__
to ___0.00___ beginning with the Installment due ___12/1/2006___

Policy Number __470433__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/09/2006__

Insured __COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS__    Expiration Date __Until Cancelled__

Issue Date __11/14/2006__ Authorized Signature _____    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Greenville, South Carolina

Copy of Image

Form E-1can    (Rev. 12-2001)

0100817999

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 1.0 | 1988 IH TRACTOR<br>1HSZDGEN7JH571292 | 300<br>SLOCOMB, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 328.00 /<br>3,931.00 |
| 1.1 | 1988 IH TRACTOR<br>1HSZDGEN7JH571292 | 300<br>SLOCOMB, AL<br>MODIFIED 11/14/2005 | CSL/SPLIT 1,000,000<br>UM 20/40 | -328.00 /<br>-3,931.00 |
| 1.2 | 1988 IH TRACTOR<br>1HSZDGFN7JH571292 | 300<br>SLOCOMB, AL<br>MODIFIED 11/14/2005 | CSL/SPLIT 1,000,000<br>UM 20/40 | 328.00 /<br>3,931.00 |
| 2.0 | ANY MOBILE HOME WHILE SINGULARLY ATTACHED TO A SCHEDULED TRACTOR | SLOCOMB, AL | | |

Policy Number __470433__    Filings __YES__    Summary Issue Date __11/14/2005__

Insured __COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS__    Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

(Rev. 6-1998)



0100815207

Copy of Image

# Change of Vehicle Endorsement - Liability

It is agreed that policy to which this endorsement is attached is amended
(1) to EXCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/ Trade Name/Model/ Body Type | Motor Vehicle Identification # | Annual Premium |
|---|---|---|---|
| | | | |
| | | | |

(2) to INCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/Trade Name/Model/Body Type<br>Motor Vehicle Identification #(VIN) | Radius (miles) | Garage Location | Annual Premium |
|---|---|---|---|---|
| 3 | 1989 INTERNATIONAL TRACTOR<br>1HTLAZPM3KH638466 | 300 | SLOCOMB, AL | 3,931.00 |

PR1-

ADDITIONAL PREMIUM: __SEE BELOW__        RETURN PREMIUM: _____

6/29/2006 - 8/1/2006 Breakdown for policies under installment premium payment plan:

XXXXXXXXXXXXX   __350.00__              ESCROW DEPOSIT   __656.00__

The remaining __monthly__ installments due will change by __328.00__ from __328.00__

to __656.00__ beginning with the Installment due __8/1/2006__

Policy Number __470433__ Endorsement Effective Time XXXXXXX 9:51 AM Endorsement Effective Date __06/29/2006__

Insured __COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS__        Expiration Date __Until Cancelled__

Issue Date __07/05/2006__ Authorized Signature ____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina        (Rev. 4-1994)

Form E-3L

Copy of Image

0100816947

# Status Summary Sheet

Copy of Image

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type  Motor Vehicle Identification # (VIN) | Radius (miles)  Garage Location  Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 1.0 | 1988 IH TRACTOR  1HSZDGEN7JH571292 | 300  SLOCOMB, AL | CSL/SPLIT 1,000,000  UM 20/40 | 328.00 /  3,931.00 |
| 1.1 | 1988 IH TRACTOR  1HSZDGEN7JH571292 | 300  SLOCOMB, AL  MODIFIED 11/14/2005 | CSL/SPLIT 1,000,000  UM 20/40 | -328.00 /  -3,931.00 |
| 1.2 | 1988 IH TRACTOR  1HSZDGFN7JH571292 | 300  SLOCOMB, AL  MODIFIED 11/14/2005 | CSL/SPLIT 1,000,000  UM 20/40 | 328.00 /  3,931.00 |
| 2.0 | ANY MOBILE HOME WHILE SINGULARLY ATTACHED TO A SCHEDULED TRACTOR | SLOCOMB, AL | | |
| 3.0 | 1989 INTERNATIONAL TRACTOR  1HTLAZPM3KH638466 | 300  SLOCOMB, AL  ADDED 6/29/2006  9:51 AM | CSL/SPLIT 1,000,000  UM 20/40 | 328.00 /  3,931.00 |

Policy Number ___470433___    Filings __YES__    Summary Issue Date __06/29/2006__

Insured ___COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS___    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

## Canal Insurance Company
Greenville, South Carolina

Copy of Image

Copy of Image

# Change of Vehicle Endorsement - Liability

It is agreed that policy to which this endorsement is attached is amended
(1) to EXCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/ Trade Name/Model/ Body Type | Motor Vehicle Identification # | Annual Premium |
|---|---|---|---|
| 3 | 1989 INTERNATIONAL  TRACTOR * ADDED IN ERROR | 1HTLAZPM3KH638466 | -3,931.00 |

(2) to INCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/Trade Name/Model/Body Type | Radius (miles) | Garage Location | Annual Premium |
|---|---|---|---|---|
| | Motor Vehicle Identification #(VIN) | | | |

PR 1

ADDITIONAL PREMIUM: _____    RETURN PREMIUM: __SEE BELOW__

Breakdown for policies under installment premium payment plan:

6/29/2006 - 8/1/2006

XXXXXXXXXXX    -350.00 _____    ESCROW DEPOSIT ___-656.00_____

The remaining __monthly__ installments due will change by __-328.00_____ from__656.00____

to___328.00_____ beginning with the Installment due ___8/1/2006____

Policy Number __470433_____ Endorsement Effective Time XXXXXXX 9:51 AM ___ Endorsement Effective Date __06/29/2006__

Insured __COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS___    Expiration Date __Until Cancelled__

Issue Date __07/11/2006__ Authorized Signature ___ ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina     (Rev. 4-1994)

Form E-3L

Copy of Image

0100817000

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 1.2 | 1988 IH TRACTOR<br>1HSZDGFN7JH571292 | 300<br>SLOCOMB, AL<br>MODIFIED 11/14/2005 | CSL/SPLIT 1,000,000<br>UM 20/40 | 328.00 /<br>3,931.00 |
| 2.0 | ANY MOBILE HOME WHILE SINGULARLY ATTACHED TO A<br>SCHEDULED TRACTOR | SLOCOMB, AL | | |

Policy Number ___470433_____    Filings __YES__    Summary Issue Date ___06/29/2006___

Insured __COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS_____    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company
Greenville, South Carolina

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100817000

Copy of Image
## Certificate of Insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

| CERTIFICATE ISSUED TO: | INSURED: |
|---|---|
| ALABAMA DEPARTMENT OF TRANSPORTATION PERMIT OFFICE P O BOX 303050 MONTGOMERY, AL 36130-3050 | COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS 1565 CO. RD. 73 SLOCOMB, AL 36375 |

LOCATION OF OPERATIONS: SLOCOMB, AL                 RADIUS: 300 miles of Location.

PER POLICY SCHEDULE

| POLICY NUMBER: 470433 | LIMITS OF LIABILITY: |
|---|---|
| KIND OF INSURANCE: AUTO LIABILITY | $1,000,000 CSL |

EFFECTIVE DATE OF CERTIFICATE: 12:01 AM    11/16/2005 TO UNTIL CANCELLED

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle E. Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008            Authorized Representative

## Canal Insurance Company

Greenville, South Carolina

Copy of Image

Form K-16                                                        (Rev. 5-1991)

0100815207

# Certificate of Insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

CERTIFICATE ISSUED TO:

ALABAMA DEPARTMENT OF TRANSPORTATION
PERMIT OFFICE
P O BOX 303050
MONTGOMERY, AL 36130-3050

INSURED:

COLBERT BRYAN MCGRIFF DBA BEAR
CREEK MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375

LOCATION OF OPERATIONS: SLOCOMB, AL                              RADIUS:

PER POLICY SCHEDULE

**POLICY  Cancelled**

| POLICY NUMBER: | 470433 | LIMITS OF LIABILITY: |
| --- | --- | --- |
| | | $0 CSL |

KIND OF INSURANCE: AUTO LIABILITY

EFFECTIVE DATE OF CERTIFICATE: 12:01 AM    11/16/2005 TO UNTIL CANCELLED

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request the certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle E. Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008        Authorized Representative

# Canal Insurance Company

Greenville, South Carolina

Form K-16

Copy of Image

(Rev. 5-1991)

0100817999

Copy of Image

~ NOTICE OF CANCELLATION ~

Insurance Company

CANAL INSURANCE COMPANY
PO BOX 7
GREENVILLE, S.C. 29602

| Kind of Policy: | LIABILITY | |
|---|---|---|
| Policy No. | 470433 | Effective: 11/2/2005 |
| Cancellation will take effect at: 9/28/2006 (Date) | 12:01 A.M. (Hour-Standard Time at Insured's Address) | |
| Date of Mailing: | 8/23/2006 | |
| Issued through Agency or Office at: BIRMINGHAM, AL | | |
| Agent of Insured: | DIVERSIFIED INSURANCE | |

Name and Address of Insured 470433

COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST:  NON-PAYMENT TO GENERAL AGENT

Agent of Insured

DIVERSIFIED INSURANCE
P O BOX 5622
DOTHAN AL 36302

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  SP/ 8/23/2006

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

General Agent

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM,AL 35232

Authorized Representative

(Rev. 2-1999)

Form D-5B-p

Copy of Image

0100817391

Policy Number:   470433
Insured Name:   COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS

I hereby certify that I personally caused to be mailed in the U.S. Post Office at BIRMINGHAM, AL on the Date of Mailing above at 11:14 AM , the original notice of cancellation reproduced on page 1 and at said time received from the U.S. Post Office a Postal Receipt maintained as business records of the Company.  I also caused to be mailed Third Party Notices to those shown below.

Signed:   _Linda J. Hogan_____

Notices sent to: (* denotes Certificate of Mailing;   ** denotes Certified Mail)

   *COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS, 1565 CO. RD. 73, SLOCOMB, AL 36375
   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008, PO BOX 321215, BIRMINGHAM AL 35232
   DIVERSIFIED INSURANCE, P O BOX 5622, DOTHAN AL 36302

Copy of Image

(Rev. 2-1999)

0100B17390

Copy of Image

~ NOTICE OF CANCELLATION ~

Insurance
Company

CANAL INSURANCE COMPANY
PO BOX 7
GREENVILLE, S.C. 29602

| Kind of Policy: | LIABILITY | |
|---|---|---|
| Policy No. | 470433 | Effective: 11/2/2005 |
| Cancellation will take effect at: 9/28/2006 (Date) | 12:01 A.M. (Hour-Standard Time at Insured's Address) | |
| Date of Mailing: | 8/23/2006 | |
| Issued through Agency or Office at: BIRMINGHAM, AL | | |
| Agent of Insured: | DIVERSIFIED INSURANCE | |

Name and
Address
of Insured
470433

COLBERT BRYAN MCGRIFF DBA BEAR CREEK
MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST:  NON-PAYMENT TO GENERAL AGENT

Agent
of
Insured

DIVERSIFIED INSURANCE
P O BOX 5622
DOTHAN AL 36302

_Linda J. Hogan_
Authorized Representative
Linda J. Hogan  SP/ 8/23/2006

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

Authorized Representative

Copy of Image

Insured Copy

Form D-58-p

(Rev. 2-1999)

0100817390

Copy of Image

## ~NOTICE OF CANCELLATION~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | |
|---|---|
| Kind of Policy: | LIABILITY |
| Policy No. | 470433          Effective: 11/2/2005 |

Cancellation will take effect at:
9/28/2006                          12:01 A.M.
(Date)              (Hour-Standard Time at Insured's Address)

| Date of Mailing: | 8/23/2006 |
|---|---|

Issued through Agency or Office at: BIRMINGHAM, AL

Agent of Insured: DIVERSIFIED INSURANCE

**Name and Address of Insured**
470433

COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST:  NON-PAYMENT TO GENERAL AGENT

**General Agent**
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM AL 35232

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  SP/ 8/23/2006

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

**Agent of Insured**
DIVERSIFIED INSURANCE
P O BOX 5622
DOTHAN AL 36302

Authorized Representative

(Rev. 2-1999)

Form D-5B-p                    Copy of Image     Producing Agent Copy                    0100817390

Policy Number: 470433
Insured Name: COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS

I hereby certify that I personally caused to be mailed in the U.S. Post Office at BIRMINGHAM, AL on the Date of Mailing above at 11:14 AM , the original notice of cancellation reproduced on page 1 and at said time received from the U.S. Post Office a Postal Receipt maintained as business records of the Company. I also caused to be mailed Third Party Notices to those shown below.

Signed: _Linda J. Hogan_____

Notices sent to: (* denotes Certificate of Mailing;   ** denotes Certified Mail)

*COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS, 1565 CO. RD. 73, SLOCOMB, AL 36375
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008, PO BOX 321215, BIRMINGHAM AL 35232
DIVERSIFIED INSURANCE, P O BOX 5622, DOTHAN AL 36302

Copy of Image

Form D-58

Copy of Image

~NOTICE OF CANCELLATION~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| Kind of Policy: | LIABILITY | |
|---|---|---|
| Policy No. | 470433 | Effective: 11/2/2005 |

Cancellation will take effect at:
9/28/2006         12:01 A.M.
(Date)         (Hour-Standard Time at Insured's Address)

Date of Mailing:    8/23/2006

| | |
|---|---|
| Name and Address of Insured<br>470433 | COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS<br>1565 CO. RD. 73<br>SLOCOMB, AL 36375 |

Issued through Agency or Office at: BIRMINGHAM, AL

Agent of Insured: DIVERSIFIED INSURANCE

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST: NON-PAYMENT TO GENERAL AGENT

| | |
|---|---|
| Agent of Insured | DIVERSIFIED INSURANCE<br>P O BOX 5622<br>DOTHAN AL 36302 |

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  SP/ 8/23/2006

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

| | |
|---|---|
| General Agent | ALABAMA PUBLIC AUTO INS AGCY LIC#A043008<br>PO BOX 321215<br>BIRMINGHAM,AL 35232 |

Authorized Representative

(Rev. 2-1999)

Copy of Image

General Agent Copy

Form D-58-p

0100817390

Policy Number: 470433
Insured Name: COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS

I hereby certify that I personally caused to be mailed in the U.S. Post Office at BIRMINGHAM, AL on the Date of Mailing above at 11:14 AM , the original notice of cancellation reproduced on page 1 and at said time received from the U.S. Post Office a Postal Receipt maintained as business records of the Company. I also caused to be mailed Third Party Notices to those shown below.

Signed: _Linda J. Hogan_____

Notices sent to: (* denotes Certificate of Mailing;  ** denotes Certified Mail)

    *COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS, 1565 CO. RD. 73, SLOCOMB, AL 36375
     ALABAMA PUBLIC AUTO INS AGCY LIC#A043008, PO BOX 321215, BIRMINGHAM AL 35232
     DIVERSIFIED INSURANCE, P O BOX 5622, DOTHAN AL 36302

Copy of Image

Form D-58

(Rev. 2-1999)

0100817390

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 470433 | 9/28/2006 | 9/7/2006 | 9/7/2006 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:
COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375

_Estelle F. Smith_
Authorized Representative

AGENT:
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7   GREENVILLE, SOUTH CAROLINA 29602

Home Office Copy

City License Authority or Loss Payee:

Copy of Image

(Rev. 3-2002)

Form D-8                                                                 0100817531

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 470433 | 9/28/2006 | 9/7/2006 | 9/7/2006 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:
COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375

*Estelle E. Smith*
Authorized Representative

AGENT:
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

Insured Copy

City License Authority or Loss Payee:

Copy of Image

Form D-8

(Rev. 3-2002)

0100817531

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 470433 | 9/28/2006 | 9/7/2006 | 9/7/2006 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:
COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375

_Estelle E. Smith_
Authorized Representative

AGENT:
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL
INSURANCE**
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

Producing Agent Copy

City License Authority or Loss Payee:
DIVERSIFIED INSURANCE
P O BOX 5622
DOTHAN AL 36302

Copy of Image

(Rev. 3-2002)

Form D-8

0100817531

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 470433 | 9/28/2006 | 9/7/2006 | 9/7/2006 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:
COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375

*Estelle & Smith*

Authorized Representative

AGENT:
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232

# CANAL
## INSURANCE
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

Agent Copy

Notice sent to:

City License Authority or Loss Payee:

Copy of Image

Form D-8

(Rev. 3-2002)

0100817531

NOTICE OF CANCELLATION

| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |
|---|---|

| Kind of Policy: | LIABILITY | |
|---|---|---|
| Policy No. | 470433 | Effective: 11/2/2005 |
| Cancellation will take effect at:<br>11/9/2006<br>(Date) | | 12:01 A.M.<br>(Hour-Standard Time at Insured's Address) |
| Date of Mailing: | 10/4/2006 | |
| Issued through Agency or Office at: BIRMINGHAM, AL | | |
| Agent of Insured: | DIVERSIFIED INSURANCE | |

Name and Address of Insured
470433

COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:   INSURED'S REQUEST
                            MOVING COVERAGE

| Agent of Insured | DIVERSIFIED INSURANCE<br>P O BOX 5622<br>DOTHAN AL 36302 | _Linda J. Hogan_<br>Authorized Representative<br>Linda J. Hogan  SP/ 10/4/2006 |
|---|---|---|

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

| General Agent | ALABAMA PUBLIC AUTO INS AGCY LIC#A043008<br>PO BOX 321215<br>BIRMINGHAM,AL 35232 | _____<br>Authorized Representative |
|---|---|---|

Form D-5B-p                                                                          (Rev. 2-1999)

                                                                                    010081772

Policy Number:  470433
Insured Name:   COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS

I hereby certify that I personally caused to be mailed in the U.S. Post Office at BIRMINGHAM, AL on the Date of
Mailing above at 11:43 AM , the original notice of cancellation reproduced on page 1 and at said time received
from the U.S. Post Office a Postal Receipt maintained as business records of the Company.  I also caused to be
mailed Third Party Notices to those shown below.

Signed: _____Linda J. Hogan_____

Notices sent to: (* denotes Certificate of Mailing;   ** denotes Certified Mail)

   *COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS, 1565 CO. RD. 73, SLOCOMB, AL 36375
    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008, PO BOX 321215, BIRMINGHAM AL 35232
    DIVERSIFIED INSURANCE, P O BOX 5622, DOTHAN AL 36302

Form D-58

Copy of Image

(Rev. 2-1999)

0100817727

Copy of Image

## NOTICE OF CANCELLATION

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | | |
|---|---|---|
| Kind of Policy: | LIABILITY | |
| Policy No. | 470433 | Effective: 11/2/2005 |

Cancellation will take effect at:
11/9/2006                    12:01 A.M.
(Date)        (Hour-Standard Time at Insured's Address)

Date of Mailing:    10/4/2006

Issued through Agency or Office at: BIRMINGHAM, AL

Agent of Insured:    DIVERSIFIED INSURANCE

Name and Address of Insured
470433

COLBERT BRYAN MCGRIFF DBA BEAR CREEK
MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST
                          MOVING COVERAGE

| | |
|---|---|
| Agent of Insured | DIVERSIFIED INSURANCE<br>P O BOX 5622<br>DOTHAN AL 36302 |

_Linda J. Hogan_
Authorized Representative
Linda J. Hogan  SP/  10/4/2006

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

_____
Authorized Representative

(Rev. 2-1999)

Copy of Image

Insured Copy

0100817727

NOTICE OF CANCELLATION

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | |
|---|---|
| Kind of Policy: | LIABILITY |
| Policy No. | 470433    Effective: 11/2/2005 |

Cancellation will take effect at:
11/9/2006            12:01 A.M.
(Date)        (Hour-Standard Time at Insured's Address)

Date of Mailing:    10/4/2006

Issued through Agency or Office at: BIRMINGHAM, AL

Agent of Insured:  DIVERSIFIED INSURANCE

| | |
|---|---|
| Name and Address of Insured<br>470433 | COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS<br>1565 CO. RD. 73<br>SLOCOMB, AL 36375 |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST
                          MOVING COVERAGE

General Agent   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM AL 35232

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  SP/ 10/4/2006

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

Agent of Insured   DIVERSIFIED INSURANCE
P O BOX 5622
DOTHAN AL 36302

Authorized Representative

(Rev. 2-1999)

Form D-58-p

0100817727

Policy Number:  470433
Insured Name:  COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS

I hereby certify that I personally caused to be mailed in the U.S. Post Office at BIRMINGHAM, AL on the Date of Mailing above at 11:43 AM , the original notice of cancellation reproduced on page 1 and at said time received from the U.S. Post Office a Postal Receipt maintained as business records of the Company.  I also caused to be mailed Third Party Notices to those shown below.

Signed:  _Linda J. Hogan_

Notices sent to: (* denotes Certificate of Mailing;   ** denotes Certified Mail)

   *COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS, 1565 CO. RD. 73, SLOCOMB, AL 36375
    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008, PO BOX 321215, BIRMINGHAM AL 35232
    DIVERSIFIED INSURANCE, P O BOX 5622, DOTHAN AL 36302

Form D-58

(Rev. 2-1999)

0100817727

Copy of Image
~ NOTICE OF CANCELLATION ~

| | |
|---|---|
| **Kind of Policy:** | LIABILITY |

| | | |
|---|---|---|
| Policy No. | 470433 | Effective: 11/2/2005 |

**Cancellation will take effect at:**
11/9/2006                          12:01 A.M.
(Date)                 (Hour-Standard Time at Insured's Address)

| | |
|---|---|
| Date of Mailing: | 10/4/2006 |

Issued through Agency or Office at: BIRMINGHAM, AL

| | |
|---|---|
| Agent of Insured: | DIVERSIFIED INSURANCE |

**Insurance Company**

CANAL INSURANCE COMPANY
PO BOX 7
GREENVILLE, S.C. 29602

**Name and Address of Insured**
470433

COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS
1565 CO. RD. 73
SLOCOMB, AL 36375

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:   INSURED'S REQUEST
                                                    MOVING COVERAGE

**Agent of Insured**

DIVERSIFIED INSURANCE
P O BOX 5622
DOTHAN AL 36302

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  SP/ 10/4/2006

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

**General Agent**

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232

Authorized Representative

Copy of Image
General Agent Copy

(Rev. 2-1999)

Form D-58-p

0100817727

Policy Number:  470423
Insured Name:   COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS

I hereby certify that I personally caused to be mailed in the U.S. Post Office at BIRMINGHAM, AL on the Date of Mailing above at 11:43 AM , the original notice of cancellation reproduced on page 1 and at said time received from the U.S. Post Office a Postal Receipt maintained as business records of the Company.  I also caused to be mailed Third Party Notices to those shown below.

Signed:  _Linda J. Hogan_

Notices sent to: (* denotes Certificate of Mailing;   ** denotes Certified Mail)

   *COLBERT BRYAN MCGRIFF DBA BEAR CREEK MOVERS, 1565 CO. RD. 73, SLOCOMB, AL 36375
   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008, PO BOX 321215, BIRMINGHAM AL 35232
   DIVERSIFIED INSURANCE, P O BOX 5622, DOTHAN AL 36302

Copy of Image

Form D-58