# IN THE UNITED STATE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CANAL INSURANCE COMPANY,** * | |
| * | |
| **Plaintiff,** * | |
| * | **CIVIL ACTION NO:** |
| * | **1:07-CV-410-MHT** |
| **FRANK LADON COOK;** * | |
| **COLBERT BRYAN MCGRIFF;** * | |
| **MILLS TIMBER HARVESTING, INC.;** * | |
| **LOWE'S HOME CENTERS, INC.;** * | |
| **L.G. SOURCING, INC.;** * | |
| **REDMOND HOMES, INC;** * | |
| **BEAR CREEK SALES, L.L.C.,** * | |
| **Defendants.** * | |
| * | |

## ANSWER

**COMES NOW**, the Defendants, Colbert Bryan McGriff and Bear Creek Sales, L.L.C. and for answer to Plaintiff's Amended Complaint, and for each count, allegation and averment thereof, and denies the material allegations and demands strict proof thereof.

Respectfully submitted this 11th, June 2007.

/s/Samuel L. Adams
Samuel L. Adams (ADA017)
P O Box 1690
Dothan, AL  36302
(334) 792-0965
(334) 794-6889 Fax

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing upon the attorney for Plaintiff, by placing a copy of the same in the United States Mail, postage prepaid and addressed as follows on this the 11th day of June, 2007.

Charles A. Stewart, III, Esq.
Bradley, Arant, Rose & White, L.L.P.
401 Adams Avenue Ste. 780
Montgomery, Alabama 36104

William L. Lee, IV, Esq.
Lee & McInish, P.C.
P.O. Box 1665
Dothan, Alabama 36302

Gregory S. Ritchey, Esq.
Ritchey & Ritchey, P.A.
P.O. Drawer 590069
Birmingham, Alabama 35259-0069

Randy Smith, Esq.
P.O. Drawer 6629
Dothan, Alabama 36302

K. Donald Simms
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

David Wells
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

L. Andrew Hollis
1500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

                                                /s/Samuel L. Adams