IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | |
| FRANK LADON COOK; | * | 1:07-CV-410-MHT |
| COLBERT BRIAN MCGRIFF; | * | |
| LOWE'S HOME CENTERS, INC.; | * | |
| L.G. SOURCING, INC.; | * | |
| REDMAN HOMES, INC.; and | * | |
| BEAR CREEK SALES, L.L.C. | * | |
| | * | |
| Defendants. | * | |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on the 16th day of July, 2007 via telephone conference and was attended by:

David R. Wells for the Plaintiff, Canal Insurance Company.

Andrew Hollis, Josh Firth and Rufus Smith for Defendant Frank Ladon Cook.

Samuel L. Adams for Defendants Colbert Brian McGriff and Bear Creek Sales, L.L.C.

2.  **Pre-Discovery Disclosures.** The parties will exchange, on or before August 15, 2007 the information required by local rule 26.1 (a) (1) and Local Rule LR 26.1(a)(1).

3.  **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

Discovery will be needed with respect to the basis of the plaintiff's claims and with respect to the basis of the defendants' defenses;

The parties have agreed and stipulate that any written discovery exchanged and/or depositions taken in the underlying litigation styled *Frank LaDon Cook, an individual vs. Bear Creek Sales, L.L.C., et al.*, pending in the Circuit Court of Henry County, Alabama bearing Civil Action Number CV 2006-042H is admissible as evidence in this proceeding.

All discovery is to be commenced in time to be completed by September 15, 2007.

Maximum of 35 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 25 requests for admissions by each party to any other party. Responses due 30 days after service.

Maximum of 35 requests for production of documents by each party to any other party. Responses due 30 days after service.

Maximum of 7 depositions by plaintiff and 7 by each defendant.

Reports from retained experts under Rule 26 (a) (2) due:

from the plaintiff on or before August 15, 2007.
from the defendants on or before August 15, 2007

Supplementation under Rule 26 (e) due on or before September 1, 2007

4.     **Other Items.**

The parties do <u>not</u> request a conference with the Court before entry of the Scheduling Order.

The Plaintiff shall be allowed until September 1, 2007 to join additional parties or to amend the pleadings.

The Defendants shall be allowed until September 1, 2007 to join additional parties or to amend the pleadings.

All potential dispositive motions should be filed on or before October 1, 2007. Responses due on or before October 15, 2007.

Settlement cannot fully be evaluated prior to the completion of all discovery, although the parties, through counsel, shall explore the potential for settlement.

The parties will be able to determine if this case is suitable for mediation after some preliminary discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

> From Plaintiff 14 days prior to trial.
> From Defendants 14 days before trial

The parties should have 7 days after service of final witness/exhibit lists to object under Rule 26(a)(3).

The parties request a final Pretrial Conference in January, 2007.

The case should be ready for trial by **February 2008**, and at this time it is expected to take approximately 2-3 days.

Date: 7/18/2007

Respectfully Submitted,

*[signature]*

David R. Wells (ASB-5009-L50D)
Attorney for Plaintiff, Canal Insurance Company

OF COUNSEL:

MILLER, HAMILTON, SNIDER & ODOM, LLC
505 20th Street North
Suite 500
Birmingham, AL 35203
(205) 226-5200
(205) 226-5226    fax
davidwells@mhsolaw.com

*[signature]*

L. Andrew Hollis (HOL-043)
Josh Firth
Attorneys for Defendant, Frank LaDon Cook

OF COUNSEL:

HOLLIS & WRIGHT, P.C.
505 20th Street North
Suite 1500
Birmingham, AL 35203
(205) 324-3600
(205) 324-3636
joshf@hollis-wright.com

*[signature]*

Samuel L. Adams (ADA017)
Attorney for Defendants,
Colbert Brian McGriff and Bear Creek Sales,
L.L.C.

OF COUNSEL:

MERRILL, HARRISON, & ADAMS, LLC
Post Office Box 1690
Dothan, AL 36302
(334) 792-0965
(334) 794-6889    fax
mha1885@aol.com
adamsspc@aol.com