IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | |
| FRANK LADON COOK; | * | 1:07-CV-410-MHT |
| COLBERT BRIAN MCGRIFF; | * | |
| LOWE'S HOME CENTERS, INC.; | * | |
| L.G. SOURCING, INC.; | * | |
| REDMAN HOMES, INC.; and | * | |
| BEAR CREEK SALES, L.L.C. | * | |
| | * | |
| Defendants. | * | |

**VOLUNTARY DISMISSAL OF DEFENDANTS, LOWE'S HOME CENTERS, INC., AND L.G. SOURCING, INC.**

COMES NOW the Plaintiff, Canal Insurance Company, by and through its undersigned counsel of record and moves this Court to enter an Order allowing it to voluntarily dismiss the claims against Defendants Lowe's Home Centers, Inc., and L.G. Sourcing, Inc., and as grounds for such shows unto the Court as follows:

1.  Counsel for Defendants Lowe's Home Centers, Inc., and L.G. Sourcing, Inc., have advised Plaintiff's counsel that those Defendants have reached a settlement with the Plaintiff in the underlying state court litigation. A copy of the Motion for *Pro Tanto* Dismissal filed by Frank LaDon Cook's counsel in the underlying state court litigation is attached hereto as "Exhibit 1."

2. Now that Defendants Lowe's Home Centers, Inc., and L.G. Sourching, Inc., have settled their claims against the Plaintiff in the underlying state court litigation, they are no longer necessary parties to this Declaratory Judgment.

3. For that reason, the Plaintiff respectfully requests this Court enter an Order dismissing Lowe's Home Centers, Inc., and L.G. Sourcing, Inc., as Defendants in this Declaratory Judgment action.

Respectfully submitted,

s/David R. Wells
K. DONALD SIMMS (ASB-9801-M63K)
DAVID R. WELLS (ASB-5009-L50D)
Attorneys for Plaintiff,
Canal Insurance Company

OF COUNSEL:

MILLER, HAMILTON,
SNIDER & ODOM, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 226-5200
(205) 226-5226    fax

## CERTIFICATE OF SERVICE

  I hereby certify that I have provided all parties to this action with a true and correct copy of the foregoing pleading, via the electronic CM/ECF system, as well as by United States mail, first-class postage pre-paid, on this, the 24th day of August, 2007.

L. Andrew Hollis, Jr.
HOLLIS & WRIGHT, P.C.
1500 Financial Center
505 20th Street N.
Birmingham, AL  35203

Samuel L. Adams
MERRILL, HARRISON & ADAMS, LLC
P.O. Box 1690
Dothan, AL  36302

Charles A. Stewart, III
BRADLEY, ARANT, ROSE & WHITE, LLP
401 Adams Avenue
Suite 780
Montgomery, AL  36104

Gregory S. Richey
RICHEY & RICHEY, P.A.
P.O. Drawer 590069
Birmingham, AL  35259-0069

               s/David R. Wells
               OF COUNSEL

**Exhibit 1**

FILED
8/13/2007 3:48 PM
CV-2006-000042.00
CIRCUIT COURT OF
HENRY COUNTY, ALABAMA
SHIRLENE B. VICKERS, CLERK

IN THE CIRCUIT COURT OF HENRY COUNTY, ALABAMA

| | |
|---|---|
| FRANK LADON COOK, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | CV-06-042 |
| ) | |
| BEAR CREEK SALES, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR *PRO TANTO* DISMISSAL

Plaintiff, by and through his attorneys of record, moves this Court for an order dismissing Defendant Lowe's Home Centers, Inc., and Defendant LG Sourcing, Inc., *pro tanto*, from this lawsuit. A proposed pro tanto order of dismissal is attached.

DATED this the 13th day of August, 2007.

**Attorneys for Plaintiff Frank Ladon Cook**

/s/ L. Andrew Hollis, Jr.
L. Andrew Hollis, Jr.
Hollis, Wright & Harrington, P.C.
1500 Financial Center
505 North 20th Street
Birmingham, AL 35203
Telephone: (205) 324-3600
Facsimile: (205) 324-3636

-and-

Rufus R. Smith, Jr., Esq.
Post Office Drawer 6629
Dothan, Alabama 36302

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2007, I electronically filed this document with the Clerk of the Court using the Ala-File system, which will send notification of such filing to the following:

>Charles A. Stewart III
>Robert E. Poundstone IV
>Angela R. Rogers
>Bradley Arant Rose & White LLP
>Alabama Center for Commerce
>401 Adams Avenue, Ste. 780
>Montgomery, AL 36104

>William L. Lee IV, Esq.
>LEE & McINISH
>Post Office Box 1665
>Dothan, Alabama 36302-1665

>Gregory S. Ritchey, Esq.
>RITCHEY & RITCHEY
>Post Office Drawer 590069
>Birmingham, Alabama 35259-0069

>Samuel L. Adams, Esq.
>MERRILL HARRISON & ADAMS
>Post Office Box 1690
>Dothan, Alabama 36302-0000

and that I have mailed by United States Postal Service the document to the following non-Ala-File participants: None.

>/s/ L. Andrew Hollis, Jr.
>OF COUNSEL

IN THE CIRCUIT COURT OF HENRY COUNTY, ALABAMA

| | |
|---|---|
| FRANK LADON COOK, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEAR CREEK SALES, LLC, et al. )<br>)<br>Defendants. ) | CIVIL ACTION NUMBER:<br>CV-06-042 |

## *PRO TANTO* ORDER OF DISMISSAL

THIS CAUSE having come before the Court on Plaintiff's Motion for *Pro Tanto* Dismissal of Defendants Lowe's Home Centers, Inc., and Defendant LG Sourcing, Inc., and the Court having considered same, it is hereby

ORDERED, ADJUDGED, and DECREED that said motion is granted.

DATED this the _____ day of August, 2007.

_____
CIRCUIT JUDGE