IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | |
| FRANK LADON COOK; | * | 1:07-CV-410-MHT |
| COLBERT BRIAN MCGRIFF; | * | |
| LOWE'S HOME CENTERS, INC.; | * | |
| L.G. SOURCING, INC.; | * | |
| REDMAN HOMES, INC.; and | * | |
| BEAR CREEK SALES, L.L.C. | * | |
| | * | |
| Defendants. | * | |

**MOTION TO DISMISS DEFENDANT, REDMAN HOMES, INC.**

COMES NOW the Plaintiff, Canal Insurance Company, by and through its undersigned counsel, moves this Court to enter and Order allowing it to voluntarily dismiss the Redman Homes, Inc., incorrectly designated as Redmond Homes, Inc., as grounds for such shows as follows:

1.   Counsel for Defendant Redman Homes, Inc., has advised counsel for Canal Insurance Company that it does not have an interest in the proceeds of the Canal policy made the basis of Canal's Complaint for Declaratory Judgment. A copy of that correspondence is attached hereto as "Exhibit 1."

2. Since Redman Homes, Inc. is not seeking an interest in the Canal policy, it is no longer a necessary party to this Declaratory Judgment.

3. For that reason, Canal Insurance Company respectfully requests this Court enter an Order dismissing Redman Homes, Inc. as a defendant in its Declaratory Judgment action.

                                              s/David R. Wells
K. DONALD SIMMS (ASB-9801-M63K)
DAVID R. WELLS (ASB-5009-L50D)
Attorneys for Plaintiff,
Canal Insurance Company

OF COUNSEL:

MILLER, HAMILTON,
SNIDER & ODOM, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 226-5200
(205) 226-5226     fax

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have provided all parties to this action with a true and correct copy of the foregoing pleading, via the electronic CM/ECF system, as well as by United States mail, first-class postage pre-paid, on this, the 25th day of September, 2007.

L. Andrew Hollis, Jr.
HOLLIS & WRIGHT, P.C.
1500 Financial Center
505 20th Street N.
Birmingham, AL  35203

Samuel L. Adams
MERRILL, HARRISON & ADAMS, LLC
P.O. Box 1690
Dothan, AL  36302

            s/David R. Wells
            OF COUNSEL



## RITCHEY & SIMPSON PLLC
ATTORNEYS ✦ MEDIATORS ✦ COUNSELORS

W. SCOTT SIMPSON
GREGORY S. RITCHEY

RICHARD S. WALKER

3288 Morgan Drive, Suite 100
Birmingham, Alabama 35216-3084

Website: www.RitcheySimpson.com

TELEPHONE: 205.876.1600
FACSIMILE: 205.876.1616

September 12, 2007

David R. Wells, Esquire
Miller, Hamilton, Snider & Odom, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, AL  35203

RE:   Canal Insurance Company v. Frank LaDon Cook
      Serial No.: 114-37033
      Traveler's File No.:  BAU3496
      Case No.:    CV 1:07-410-MHT
      Our File No.: 2599.0026

Dear David:

It is my understanding that based on our correspondence advising that Redman Homes, Inc. did not have an interest of the proceeds of the Canal Insurance Company policy, that it would be dismissed from the Complaint. At your earliest convenience, please let me know if you still intend to voluntarily dismiss Redman Homes, Inc.

I look forward to hearing from you.

Yours very truly,

RITCHEY & SIMPSON, PLLC

Gregory S. Ritchey

GSR/sfb

EXHIBIT
1


9/14/07