IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | |
| FRANK LADON COOK; | * | 1:07-CV-410-MHT |
| COLBERT BRIAN MCGRIFF; | * | |
| LOWE'S HOME CENTERS, INC.; | * | |
| L.G. SOURCING, INC.; | * | |
| REDMAN HOMES, INC.; and | * | |
| BEAR CREEK SALES, L.L.C.   * | * | |
| | * | |
| Defendants. | * | |

## PLAINTIFF CANAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff, Canal Insurance Company, by and through its undersigned counsel of record and pursuant to Rule 56 of the Federal Rules of Civil Procedure moves this Court to enter an Order granting summary judgment in its favor, and as grounds for such shows unto the Court as follows:

1. That there is no genuine issue of material fact and the Plaintiff is entitled to judgment as a matter of law.

2. This motion is based upon and supported by a Memorandum of Law and Narrative Statement of Undisputed Facts which is being filed contemporaneously with this Motion.

WHEREFORE, premises considered, Plaintiff, Canal Insurance Company, by and through its undersigned counsel of record prays that this Court will enter an Order granting summary judgment in its favor pursuant to Rule 56 of the Federal Rules of Civil Procedure.

                              Respectfully submitted,

                              s/David R. Wells
                              K. DONALD SIMMS (ASB-9801-M63K)
                              DAVID R. WELLS (ASB-5009-L50D)
                              Attorneys for Plaintiff,
                              Canal Insurance Company

OF COUNSEL:

MILLER, HAMILTON,
SNIDER & ODOM, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 226-5200
(205) 226-5226     fax

## CERTIFICATE OF SERVICE

     I hereby certify that I have provided all parties to this action with a true and correct copy of the foregoing pleading, via the electronic CM/ECF system, on this, the 8[h] day of October, 2007.

L. Andrew Hollis, Jr.
HOLLIS & WRIGHT, P.C.
1500 Financial Center
505 20th Street N.
Birmingham, AL  35203

Samuel L. Adams
MERRILL, HARRISON & ADAMS, LLC
P.O. Box 1690
Dothan, AL  36302

                                          s/David R. Wells
                                          OF COUNSEL