IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CV NO.: 1:07-cv-410-MHT |
| | ) |
| FRANK LADON COOK; et al., | ) |
| | ) |
|     Defendants. | ) |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Defendant, by and through his undersigned counsel, and files this Opposition to Plaintiff's Motion for Summary Judgment and simultaneously submits Defendant's Motion for Summary Judgment and supporting evidentiary submissions. Defendant respectfully requests that this Court deny Plaintiff's Motion for Summary Judgment, and moves this Court for entry of judgment in its favor on Defendant's Motion for Summary Judgment.

Defendant's motion is based upon all discovery obtained in this lawsuit, as well as all discovery in the underlying lawsuit, styled, *Frank Ladon Cook v. Bear Creek Sales, L.L.C., a corporation, et al.*, CV-06-42, currently pending in the Circuit Court of Henry County, Alabama. Defendant's motion is also based upon the simultaneously filed Brief in Support of Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment, as well as the simultaneously filed Evidentiary Submissions.

        Respectfully submitted,

        /s/ L. Andrew Hollis, Jr._____
        L. ANDREW HOLLIS, JR. (HOL-043)

**OF COUNSEL:**
**HOLLIS & WRIGHT, P.C.**
1500 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205) 324-3600
(205) 324-3636 Facsimile

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a true and correct copy of the above and foregoing via the CM/ECF system, this the 23rd day of October, 2007, which will provide notice to the following:

K. Donald Simms
David R. Wells
Miller, Hamilton, Snider & Odom, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

Samuel L. Adams, Esq.
Merrill, Harrison & Adams, LLC
Post Office Box 1690
Dothan, Alabama 36302

Rufus R. Smith, Esq.
Post Office Drawer 6629
Dothan, Alabama 36302-0000

        /s/ L. Andrew Hollis, Jr._____
        OF COUNSEL