IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>FRANK LaDON COOK, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>1:07cv410-MHT |

ORDER

It is ORDERED that the uniform scheduling order (Doc. No. 13) is amended to reflect that the trial of this case is set for the term of court beginning on February 11, 2008, with all deadlines expressly tied to this date adjusted accordingly.

DONE, this the 24th day of October, 2007.

                  /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE