IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CANAL INSURANCE COMPANY,     )
                             )
    Plaintiff,                )
                             )          CIVIL ACTION NO.
    v.                        )           1:07cv410-MHT
                             )
FRANK LaDON COOK, et al.,     )
                             )
    Defendants.               )
```

ORDER

It is ORDERED that the motions for summary judgment (Doc. Nos. 18 & 21) are set for submission, without oral argument, on November 9, 2007, with any opposing briefs and evidentiary materials due by said date.

DONE, this the 24th day of October, 2007.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE