### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPNAY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CV NO.: 1:07-cv-410-MHT |
| | ) |
| FRANK LADON COOK; et al., | ) |
| | ) |
|     Defendants. | ) |

### NOTICE OF MEDIATION

**COMES NOW** the Defendant, Frank Ladon Cook, by and through his undersigned counsel of record, and gives notice that the underlying case is being mediated on December 4, 2007, in Dothan, Alabama before Wade Baxley.

                                                      /s/ L. Andrew Hollis, Jr._____
                                                      L. ANDREW HOLLIS, JR. (HOL-043)

**OF COUNSEL:**
**HOLLIS & WRIGHT, P.C.**
1500 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205) 324-3600
(205) 324-3636 Facsimile

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a true and correct copy of the above and foregoing via the CM/ECF system, this the 29th day of November, 2007, which will provide notice to the following:

K. Donald Simms
David R. Wells
Miller, Hamilton, Snider & Odom, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

Samuel L. Adams, Esq.
Merrill, Harrison & Adams, LLC
Post Office Box 1690
Dothan, Alabama 36302

Charles A. Stewart, III, Esq.
Bradley, Arant, Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

William L. Lee, IV, Esq.
Lee & McInish, P.C.
Post Office Box 1665
Dothan, Alabama 36302

Gregory S. Ritchey, Esq.
Ritchey & Ritchey, PA
Post Office Drawer 590069
Birmingham, Alabama 35259-0069

Rufus R. Smith, Esq.
Post Office Drawer 6629
Dothan, Alabama 36302-0000

                /s/ L. Andrew Hollis, Jr._____
                OF COUNSEL