IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | |
| FRANK LADON COOK; | * | 1:07-CV-410-MHT |
| COLBERT BRIAN MCGRIFF; | * | |
| LOWE'S HOME CENTERS, INC.; | * | |
| L.G. SOURCING, INC.; | * | |
| REDMAN HOMES, INC.; and | * | |
| BEAR CREEK SALES, L.L.C. | * | |
| | * | |
| Defendants. | * | |

## PLAINTIFF CANAL INSURANCE COMPANY'S WITNESS AND EXHIBIT LIST

COMES NOW the Plaintiff, Canal Insurance Company, by and through its undersigned counsel, and pursuant to the Court's Uniform Scheduling Order, submits its Witness and Exhibit List.

## WITNESS LIST

Plaintiff Canal Insurance Company reserves the right to call the following witnesses at the Trial of this case:

1. A representative of Canal Insurance Company
c/o David R. Wells
Whitaker, Mudd, Simms, Luke & Wells, LLC
2001 Park Place N.
Suite 400
Birmingham, AL 35203
(205) 639-5300

2. Frank LaDon Cook
c/o L. Andrew Hollis, Jr.
HOLLIS & WRIGHT, P.C.
1500 Financial Center
505 20th Street N.
Birmingham, AL  35203

3. Colbert Bryan McGriff
c/o Samuel L. Adams
MERRILL, HARRISON & ADAMS, LLC
P.O. Box 1690
Dothan, AL  36302

4. Randy Lee Cook
234 County Road 340
Headland, AL
(334) 797-2431

5. David Brasher
100 Richardson Subdivision Road
Parrish, AL 35580

6. Any witnessed needed for rebuttal purposes;

7. Any witness needed for impeachment purposes;

8. Any witness listed on the Defendants' Witness list;

## **DEPOSITION DESIGNATIONS**

Plaintiff Canal Insurance Company reserves the right to utilize the following deposition testimony at the Trial of this case:

1. Deposition testimony of Randy Lee Cook, pages 23, 26, 57-58, and 65.

2. Deposition testimony of David Brasher, pages 35, 36, 61, 116 and 117.

## **EXHIBIT LIST**

Plaintiff Canal Insurance Company reserves the right to utilize the following exhibits at the Trial of this case:

1. Canal Insurance Company Basic Automobile Liability Policy issued to Colbert Bryan McGriff dba Bear Creek Movers, bearing Policy Number 47 04 33 with effective dates of coverage from November 2, 2005 until cancelled;

2. Any exhibit needed for rebuttal purposes;

3. Any exhibit needed for impeachment purposes;

4. Any exhibit listed on the Defendants' Witness list.

                Respectfully submitted,

                s/David R. Wells
                K. DONALD SIMMS (ASB-9801-M63K)
                DAVID R. WELLS (ASB-5009-L50D)
                Attorneys for Plaintiff,
                Canal Insurance Company

OF COUNSEL:

WHITAKER, MUDD, SIMMS, LUKE & WELLS, LLC
2001 Park Place N.
Suite 400
Birmingham, AL 35203
(205) 639-5300
(205) 639-5350

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have provided all parties to this action with a true and correct copy of the foregoing pleading, via the electronic CM/ECF system, as well as by United States mail, first-class postage pre-paid, on this, the 3rd day of January, 2008.

L. Andrew Hollis, Jr.
HOLLIS & WRIGHT, P.C.
1500 Financial Center
505 20th Street N.
Birmingham, AL  35203

Samuel L. Adams
MERRILL, HARRISON & ADAMS, LLC
P.O. Box 1690
Dothan, AL  36302

            s/David R. Wells
            OF COUNSEL