IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CANAL INSURANCE COMPANY,** * | |
| * | |
| Plaintiff, * | |
| * | CIVIL ACTION NO: |
| * | 1:07-CV-410-MHT |
| **FRANK LADON COOK;** * | |
| **COLBERT BRYAN MCGRIFF;** * | |
| **MILLS TIMBER HARVESTING, INC.;** * | |
| **LOWE'S HOME CENTERS, INC.;** * | |
| **L.G. SOURCING, INC.;** * | |
| **REDMOND HOMES, INC;** * | |
| **BEAR CREEK SALES, L.L.C.,** * | |
| Defendants. * | |
| * | |

## DEFENDANT'S WITNESS AND EXHIBIT LIST

**COME NOW**, Defendants, Colbert Bryan McGriff and Bear Creek Sales, L.L.C. by and through the undersigned counsel, and pursuant to the Court's Uniform Scheduling Order, submits its Witness and Exhibit List.

## WITNESS LIST

1. Colbert Bryan McGriff
   c/o Samuel L. Adams
   MERRILL, HARRISON & ADAMS, LLC
   P.O. Box 1690
   Dothan, AL 36302

2. Robin McGriff
   c/o Samuel L. Adams
   MERRILL, HARRISON & ADAMS, LLC
   P.O. Box 1690
   Dothan, AL 36302

3. A Representative of Canal Insurance Company
   c/o David R. Wells
   Whitaker, Mudd, Simms, Luke & Wells, LLC
   2001 Park Place N.
   Suite 400
   Birmingham, AL 35203

4.  Frank LaDon Cook
    c/o L. Andrew Hollis, Jr.
    HOLLIS & WRIGHT, P.C.
    1500 Financial Center
    505 20 Street N. th
    Birmingham, AL 35203

5.  Randy Lee Cook
    234 County Road 340
    Headland, AL
    (334) 797-2431

6.  David Brasher
    100 Richardson Subdivision Road
    Parrish, AL 35580

7.  Any witnessed needed for rebuttal purposes;

8.  Any witness needed for impeachment purposes;

9.  Any witness listed on the Defendants' Witness list;

## DEPOSITION DESIGNATIONS

1.  Deposition testimony of David Brasher, pages 3, 35, 47, and 119.

2.  Deposition testimony of Frank LaDon Cook, pages 1, 15, and 79.

3.  Deposition of Colbert Brian McGriff, pages 1, 9-15 and 24.

## EXHIBIT LIST

1.  Canal Insurance Company Basic Automobile Liability Policy issued to Colbert Bryan McGriff d/b/a Bear Creek Movers, bearing Policy Number 47 04 33 with effective dates of coverage from November 2, 2005 until cancelled;

2.  Any exhibit needed for rebuttal purposes;

3.  Any exhibit needed for impeachment purposes;

4.  Any exhibit listed on the Defendants' Witness list.

  Respectfully submitted this 3rd day of January 2008.


                 <u>/s/Samuel L. Adams</u>
                 Samuel L. Adams (ADA017)
                 P O Box 1690
                 Dothan, AL  36302
                 (334) 792-0965
                 (334) 794-6889 Fax


## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing upon the attorney for Plaintiff, by placing a copy of the same in the United States Mail, postage prepaid and addressed as follows on this the 3rd day of January, 2008.

Charles A. Stewart, III, Esq.
Bradley, Arant, Rose & White, L.L.P.
401 Adams Avenue Ste. 780
Montgomery, Alabama  36104

William L. Lee, IV, Esq.
Lee & McInish, P.C.
P.O. Box 1665
Dothan, Alabama  36302

Gregory S. Ritchey, Esq.
Ritchey & Ritchey, P.A.
P.O. Drawer 590069
Birmingham, Alabama  35259-0069

Randy Smith, Esq.
P.O. Drawer 6629
Dothan, Alabama  36302

K. Donald Simms
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

David Wells
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

L. Andrew Hollis
1500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

                                          /s/Samuel L. Adams