IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV NO.: 1:07-cv-410-MHT |
| | ) | |
| FRANK LADON COOK; et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT FRANK LADON COOK'S WITNESS AND EXHIBIT LIST**

**COMES NOW** the Defendant, by and through his undersigned counsel, and pursuant to the Court's Uniform Scheduling Order, submits his Witness and Exhibit List.

**WITNESS LIST**

Defendant, Frank LaDon Cook (hereinafter "Frank Cook"), reserves the right to call the following witnesses at the Trial of this case:

1. Frank LaDon Cook
   c/o L. Andrew Hollis, Jr.
   Hollis, Wright & Harrington, P.C.
   1500 Financial Center
   505 N. 20th Street
   Birmingham, AL  35203

2. Colbert Bryan McGriff
   c/o Samuel L. Adams
   Merrill, Harrison, & Adams, LLC
   P.O. Box 1690
   Dothan, AL  36302

3. Randy Lee Cook
   234 County Road 340
   Headland, AL
   (334) 797-2431

4. David Brasher
   100 Richardson Subdivision Road
   Parrish, AL  35580

5. Raymond G. Helmer, Jr.
   9314 Bankside Drive
   Houston, TX  77031

6. Darrell Syphrit
   150 N. Jackson Street
   Grove Hill, AL  36451
   (251) 275-3614

7. Robin McGriff
   c/o Samuel L. Adams
   Merrill, Harrison & Adams, LLC
   P.O. Box 1690
   Dothan, AL  36302

8. Lucy Palmore
   210 W. College Street
   Abbeville, AL  36310
   (334) 585-1578

9. Isidro Moncilla a/k/a Sedro
   1565 County Road 73
   Slocomb, AL  36375
   (334) 886-9808

10. A representative of Canal Insurance Company
    c/o David R. Wells
    Whitaker, Mudd, Simms, Luke & Wells, LLC
    2001 Park Place N.
    Suite 400
    Birmingham, AL  35203
    (205) 639-5300

11. Custodian of business records for authentication of business records for Canal Insurance Company
    c/o David R. Wells
    Whitaker, Mudd, Simms, Luke & Wells, LLC
    2001 Park Place N.
    Suite 400
    Birmingham, AL  35203
    (205) 639-5300

12. A 30 (b)(5)&(6) representative of Canal Insurance Company
    c/o David R. Wells
    Whitaker, Mudd, Simms, Luke & Wells, LLC
    2001 Park Place N.
    Suite 400
    Birmingham, AL  35203
    (205) 639-5300

13. A claim representative of Canal Insurance Company
    c/o David R. Wells
    Whitaker, Mudd, Simms, Luke & Wells, LLC
    2001 Park Place N.
    Suite 400
    Birmingham, AL  35203
    (205) 639-5300

14. Any witness needed for rebuttal purposes;

15. Any witness needed for impeachment purposes;

16. Any and all individual(s) identified and named in any and all of the depositions taken in this matter be it in this matter or the underlying Alabama State Circuit Court Action (Henry County, Alabama, Circuit Court action, CV-06-42H);

17. Any and all witnesses who can testify to the authenticity of any evidence relevant in this matter;

18. Any and all witnesses who have been deposed in this case or the underlying action (Henry County, Alabama, Circuit Court action, CV-06-42H);

19. Any and all witnesses necessary for pattern and practice, or notice and knowledge testimony;

20. Any and all witnesses whose identity is discovered prior to trial;

21. Any and all witnesses to the accident made the basis of the underlying action in Henry County, Alabama, Circuit Court action, CV-06-42H.

22. Any witness listed on the Plaintiff's or another Defendant's Witness List;

23. Defendant reserves the right to supplement this Witness list prior to the Trial of this matter pursuant to the rules established by this Honorable Court.

## **DEPOSITION DESIGNATIONS**

Defendant, Frank Cook, reserves the right to utilize the following deposition testimony at the Trial of this case:

1. Entire deposition testimony of Colbert Bryan McGriff, September 14, 2007, including, but not limited to, pages 20-23;

2. Entire deposition testimony of Colbert Bryan McGriff, November 8, 2006, including, but not limited to, page 32;

3. Entire deposition testimony of Randy Lee Cook, including, but not limited to pages 17, 24, and 143-145;

4. Entire deposition testimony of David Brasher, including, but not limited to pages 21-22, 33-34, and 46-47;

5. Any deposition taken in the underlying Henry County, Alabama, Circuit Court action, CV-06-42H;

6. Any deposition needed for rebuttal purposes;

7. Any deposition needed for impeachment purposes;

8. Any deposition listed by Plaintiff or another Defendant;

9. Defendant reserves the right to supplement this deposition designation list prior to the Trial of this matter pursuant to the rules established by this Honorable Court.

## Exhibit List

Defendant, Frank Cook, reserves the right to utilize the following exhibits at the Trial of this case:

1. Affidavit of Raymond Helmer of June 8, 2007;

2. A certified copy of the Canal Insurance Company policy issued to Colbert Bryan McGriff, including the declaration page and Form E-125 - policy number 470433, a/k/a Canal Insurance Basic Automobile Liability Policy issued to Colbert Bryan McGriff d/b/a Bear Creek

Movers, bearing Policy Number 47 04 33 with effective dates of coverage from November 2, 2005 until cancelled;

3. The entire Canal Insurance Company Claims file for the accident made the basis of the underlying State Court Action in Henry County, Alabama, CV-06-42H;

4. Canal Insurance Company Claims Manual that was in place and effective on March 30, 2006, the date of the accident;

5. Bear Creek Bill of Sale to Lucy Van Palmore, February 21, 2006;

6. The complete file given to Darrell Syphrit, which included, but not limited to photographs and deposition testimony;

7. The complete file given to Raymond Helmer which included, but not limited to photographs and deposition testimony;

8. Any and all exhibits needed for pattern and practice testimony, or notice and knowledge testimony;

9. Any and all documents made attachments to all depositions or referred to in any deposition taken during the course of discovery in this matter or the underlying State Court Action in Henry County, Alabama, CV-06-42H;

10. Any and all documents produced by either side in the underlying State Court Action in Henry County, Alabama, CV-06-42H;

11. Any and all pleadings and exhibits therein and discovery in this case or in the underlying State Court Action in Henry County, Alabama, CV-06-42H;

12. Any and all photographs of the accident site;

13. Any and all photographs of the mobile home;

14. Defendant reserves the right to introduce enlargements of any of the above listed exhibits;

15. Any and all recorded statements from any witness and/or party in this matter or the underlying State Court Action in Henry County, Alabama, CV-06-42H;

16. Any and all previous testimony given by any witnesses listed by the Plaintiff as witnesses in this case;

17. Any and all deposition testimony, transcripts of depositions, and exhibits therein taken in this matter or the underlying State Court Action in Henry County, Alabama, CV-06-42H;

18. Demonstrative aids (e.g. dry erase boards, flip chart, power point, etc.)

19. Any exhibit needed for rebuttal purposes;

20. Any exhibit needed for impeachment purposes;

21. Any exhibit listed on the Plaintiff's or another Defendant's Exhibit List.

22. Defendant reserves the right to supplement this Exhibit list prior to the Trial of this matter pursuant to the rules established by this Honorable Court.

Respectfully submitted,

/s/ L. Andrew Hollis, Jr._____
L. ANDREW HOLLIS, JR. (HOL-043)


**OF COUNSEL:**
**HOLLIS, WRIGHT & HARRINGTON, P.C.**
1500 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205) 324-3600
(205) 324-3636 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the above and foregoing via the CM/ECF system, this the 3rd day of January, 2008, which will provide notice to the following:

K. Donald Simms
David R. Wells
Whitaker, Mudd, Simms, Luke & Wells, LLC
2001 Park Place N.
Suite 400
Birmingham, AL  35203

Samuel L. Adams, Esq.
Merrill, Harrison & Adams, LLC
Post Office Box 1690
Dothan, Alabama 36302

Rufus R. Smith, Esq.
Post Office Drawer 6629
Dothan, Alabama 36302-0000

　　　　　　　　　　　　　　　　　　　　/s/ L. Andrew Hollis, Jr._____
　　　　　　　　　　　　　　　　　　　　OF COUNSEL