IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV NO.: 1:07-cv-410-MHT |
| ) | |
| FRANK LADON COOK; et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT FRANK LADON COOK'S RESPONSE TO PLAINTIFF CANAL INSURANCE COMPANY'S "DOCUMENT 35" DEPOSITION DESIGNATIONS**

**COMES NOW** the Defendant, by and through his undersigned counsel, and pursuant to the Court's Uniform Scheduling Order, submits his Response to Plaintiff Canal Insurance Company's Deposition Designations. Without waiving any objections at trial and in compliance with this Honorable Court's Scheduling Order, Defendant Frank LaDon Cook files "no response" to Plaintiff Canal Insurance Company's Deposition Designations.

Respectfully submitted,

/s/ L. Andrew Hollis, Jr.
L. ANDREW HOLLIS, JR. (HOL-043)

**OF COUNSEL:**
HOLLIS, WRIGHT & HARRINGTON, P.C.
1500 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205) 324-3600
(205) 324-3636 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above and foregoing via the CM/ECF system, this the 11th day of January, 2008, which will provide notice to the following:

K. Donald Simms
David R. Wells
Whitaker, Mudd, Simms, Luke & Wells, LLC
2001 Park Place N.
Suite 400
Birmingham, AL  35203

Samuel L. Adams, Esq.
Merrill, Harrison & Adams, LLC
Post Office Box 1690
Dothan, Alabama 36302

Rufus R. Smith, Esq.
Post Office Drawer 6629
Dothan, Alabama 36302-0000

/s/ L. Andrew Hollis, Jr._____
OF COUNSEL