AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__MIDDLE__     DISTRICT OF     __ALABAMA, SOUTHERN DIVISION__

**APPEARANCE**

Case Number: 1:07cv410-MHT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Frank LaDon Cook

I certify that I am admitted to practice in this court.

1/21/2008
Date

Signature

Rufus R. Smith, Jr. (SMI060)
Print Name                                    Bar Number

Post Office Drawer 6629
Address

Dothan            Alabama           36302
City              State             Zip Code

(334) 671-7959              (334) 671-7957
Phone Number                Fax Number