IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | |
| FRANK LADON COOK; | * | 1:07-CV-410-MHT |
| COLBERT BRIAN MCGRIFF; | * | |
| LOWE'S HOME CENTERS, INC.; | * | |
| L.G. SOURCING, INC.; | * | |
| REDMAN HOMES, INC.; and | * | |
| BEAR CREEK SALES, L.L.C. | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF CHANGE OF ADDRESS

COME NOW, K. Donald Simms and David R. Wells, attorneys of record for the defendants in the above-referenced case, and hereby provide the following information concerning their change of address insofar as the issuance of Court notices and information is concerned:

WHITAKER, MUDD, SIMMS, LUKE & WELLS, L.L.C.
2001 Park Place North
Suite 400
Birmingham, AL 35203
(205) 639-5300 *telephone*
(205) 639-5350 *facsimile*

WHEREFORE, PREMISES CONSIDERED the undersigned, K. Donald Simms and David R. Wells, respectfully move this Honorable Court to change their address so that future Court notices and information will be directed to their attention at the law firm of Whitaker, Mudd, Simms, Luke & Wells, L.L.C., the address of which is set forth above.

                Respectfully submitted,

                s/David R. Wells
                K. DONALD SIMMS (ASB-9801-M63K)
                DAVID R. WELLS (ASB-5009-L50D)
                Attorneys for Plaintiff,
                Canal Insurance Company

OF COUNSEL:

Whitaker, Mudd, Simms, Luke & Wells, LLC
2001 Park Place North
Suite 400
Birmingham, AL 35203
Phone: 205-639-5300
Fax: 205-639-5350
ksimms@wmslawfirm.com
dwells@wmslawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have provided all parties to this action with a true and correct copy of the foregoing pleading, via the electronic CM/ECF system, on this, the 22nd day of January, 2008.

L. Andrew Hollis, Jr.
HOLLIS & WRIGHT, P.C.
1500 Financial Center
505 20th Street N.
Birmingham, AL  35203

Samuel L. Adams
MERRILL, HARRISON & ADAMS, LLC
P.O. Box 1690
Dothan, AL  36302

                                                                  s/David R. Wells
                                                                  OF COUNSEL