IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CANAL INSURANCE COMPANY,     )
                             )
    Plaintiff,               )
                             )
                             )    CIVIL ACTION NO.
    v.                       )     1:07cv410-MHT
                             )
FRANK LADON COOK,            )
COLBERT BRIAN MCGRIFF, and   )
BEAR CREEK SALES, L.L.C.,    )
                             )
    Defendants.              )
```

### ORDER

It is ORDERED that the defendants are allowed until February 8, 2008, to respond to plaintiff's recent brief and evidence (Doc. No. 42). In responding, the defendants are reminded to read and remember their ethical and legal obligations set forth in Fed. R. Civ. P. 11.

DONE, this the 25th day of January, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE