IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:07-cv-410-MHT |
| | ) | |
| FRANK LADON COOK, | ) | |
| COLBERT BRIAN MCGRIFF, and | ) | |
| BEAR CREEK SALES, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Pending before the Court is Defendant's Motion to Shorten Time for Plaintiff Canal Insurance Company to Respond to Defendant's First Request for Production (Doc. 44, filed January 25, 2008). For good cause, it is **ORDERED** that Plaintiff show cause why the Motion should not be granted on or before **January 29, 2008**.

DONE this 28th day of January, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE