IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CANAL INSURANCE COMPANY,     )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        1:07cv410-MHT
                             )
FRANK LaDON COOK, et al.,    )
                             )
    Defendants.              )
```

ORDER

So that the court can have adequate time to consider the pending summary-judgment motions, it is ORDERED that the non-jury trial of this cause is continued to the next Dothan term, that is, July 21, 2008, at 10:00 a.m. at the Federal Courthouse in Dothan, Alabama.

It is further ORDERED that the plaintiff is to file proposed findings of fact and conclusions of law by July 9, 2008. The defendants are required to do the same by July 16, 2008. The parties are also directed to e:mail their proposed findings of fact and conclusions of law to

<proposed_thompson@almd.uscourts.gov> in WordPerfect format by the dates specified above.

DONE, this the 30th day of January, 2008.


                                   /s/ Myron H. Thompson  
                             **UNITED STATES DISTRICT JUDGE**