**IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CANAL INSURANCE COMPANY,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | **CIVIL ACTION NO:** |
| | * | **1:07-CV-410-MHT** |
| **FRANK LADON COOK;** | * | |
| **COLBERT BRYAN MCGRIFF;** | * | |
| **MILLS TIMBER HARVESTING, INC.;** | * | |
| **LOWE'S HOME CENTERS, INC.;** | * | |
| **L.G. SOURCING, INC.;** | * | |
| **REDMOND HOMES, INC;** | * | |
| **BEAR CREEK SALES, L.L.C.,** | * | |
| Defendants. | * | |
| | * | |

**DEFENDANT'S SUPPLEMENTARY RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

**COME NOW**, Defendants, Colbert Bryan McGriff and Bear Creek Sales, L.L.C. and files this Supplemental Response to Motion for Summary Judgment heretofore filed by Plaintiff Canal Insurance Company.

**ARGUMENT**

At the pretrial hearing in this case, the Court questioned whether or not the mobile home made the basis of the underlying action pending in the Circuit Court of Henry County, Alabama is an "**owned automobile**". An "**owned automobile**" as defined by the policy "includes a trailer not described in this policy, if designed for use with a four-wheel "**private passenger automobile**" and if not being used for business purposes with another type of automobile.

A "**private passenger automobile**" under the terms of the policy means "a private passenger or station wagon type automobile and any automobile the purpose of use which is stated in the declaration as pleasure and business". Also, the term "**trailer**" includes a semi-trailer.

It can not be disputed that the 1988 IH Tractor that pulled the mobile home to the location of the accident in the underlying case was a "**private passenger automobile**" as

defined in the policy as it was an "**automobile**" the purpose of use of which is stated in the declaration as pleasure and business" (see page 1 of Exhibit 2 in original response) and it is undisputed and the evidence clearly shows that the 1988 IH Tractor was designed to use to pull a trailer.  Therefore, the trailer made the basis of the underlying suit could be pulled by a "**private passenger automobile**" as defined in the policy because the only "**automobile**" insured under the policy was the 1988 IH Tractor described in the declarations (see page 2 of Exhibit 2 in original response).  Defendants would insist that the terms of the policy are inconsistent because the policy insures a "**trailer**" which definition included a semi-trailer. The term "**automobile**" is described as a land motor vehicle, trailer, or semi-trailer designed for travel on public roads…(see page 4 Exhibit 2 of original response).

Defendants would insist that there would be no incident which the business of Defendants, Colbert Bryan McGriff and Bear Creek Sales, L.L.C., would have moved a trailer designed for use with a four wheel "**private passenger automobile**" but it is clear that the trailers moved by Defendants, Colbert Bryan McGriff and Bear Creek Sales, L.L.C., could be moved by a "**private passenger automobile**" as defined under the policy.

"Limitations on coverage are to be interpreted as narrowly as possible so as to provide the maximum allowable coverage to the insured" <u>American States Insurance Company v. Martin</u>, 662 So. 2nd 245 (Ala. 1995). Insurance contracts are to be construed liberally in favor of the insured and strictly against the insurer. <u>Taliaferro v. Progressive Specialty Ins. Co., 821 So.2d 976</u>(Ala 2001), <u>Twin City Fire Ins. Co. v. Alfa Mut. Ins. Co., 2001 WL 1299029</u>(Ala 2001)

In view of the foregoing Defendant's Colbert Bryan McGriff and Bear Creek Sales, L.L.C. state that the facts in this case show that coverage does exist.

## **CONCLUSION**

For the foregoing reasons Colbert Bryan McGriff and Bear Creek Sales, L.L.C. respectfully submits that Plaintiff Canal Insurance Company is not entitled to an Order granting summary judgment.

Respectfully submitted this 7th day of February 2008.

/s/Samuel L. Adams
Samuel L. Adams (ADA017)
P O Box 1690
Dothan, AL  36302
(334) 792-0965
(334) 794-6889 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been served upon the below listed attorneys, via Alafile Notification and by forwarding the same United States mail, properly addressed and first class postage prepaid this the 7th day of February, 2008.

Randy Smith, Esq.
P.O. Drawer 6629
Dothan, Alabama  36302

K. Donald Simms
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

David Wells
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

L. Andrew Hollis
1500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

/s/Samuel L. Adams