IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CV NO.: 1:07-cv-410-MHT ) |
| FRANK LADON COOK; et al., | ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Comes now, Steven William Couch of the law firm of Hollis, Wright & Harrington, P.C., and hereby enters his appearance as additional counsel on behalf of Defendant, Frank LaDon Cook in the above-styled matter.

Respectfully submitted,

/s/ Steven W. Couch
Steven William Couch (COU-014)
One of the attorneys for Defendant Frank LaDon Cook

**OF COUNSEL:**
HOLLIS, WRIGHT & HARRINGTON, P.C.
1500 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205) 324-3600 telephone
(205) 324-3636 facsimile

**CERTIFICATE OF SERVICE**

  I hereby certify that I have mailed a true and correct copy of the above and via CM/ECF this the 8th day of February, 2008:

K. Donald Simms, Esq.
David R. Wells, Esq.
Whitaker, Mudd, Simms, Luke & Wells, L.L.C.
2001 Park Place North
Suite 400
Birmingham, Alabama 352032

Samuel L. Adams
Merrill, Harrison, & Adams, LLC
P.O. Box 1690
Dothan, AL 36302

Rufus R. Smith, Esq.
Post Office Drawer 6629
Dothan, Alabama 36302-0000

            /s/ Steven W. Couch
            Of Counsel