IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CV NO.: 1:07-cv-410-MHT ) |
| FRANK LADON COOK; et al., | ) ) |
| Defendants. | ) |

**DEFENDANT FRANK COOK'S MOTION TO SET HEARING AND GRANT
ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT**

Comes now, Defendant Frank Cook, and hereby makes request upon this Honorable Court for the setting of a hearing and the allowance of oral argument on the pending Motions for Summary Judgment filed by Plaintiff Canal Insurance Company ("Canal") and by Defendant Frank Cook ("Cook"). As grounds, Defendant states as follows:

1. This is a case that will ultimately decide whether any judgment that may be rendered in an underlying state court action against Bear Creek Sales, LLC ("Bear Creek") by Frank Cook will be satisfied with the proceeds of an insurance policy that has been bought and paid for by Bear Creek for many years.

2. As this Court is aware, Frank Cook was rendered quadriplegic after a mobile home collapsed crushing his spine. The undersigned counsel understands that Mr. Cook's medical bills are currently in excess of $500,000.00. As such, this Court can certainly appreciate the importance of the decision in this case to Mr. Cook.

3. This Court has previously expressed some concerns over the policy at issue in this case that indicate to the undersigned that perhaps the previously submitted

briefs by counsel for Frank Cook may not have clearly presented Cook's position on the issue in this case.

4. Defendant Cook has earlier today submitted his Second Supplemental Brief in Opposition to Plaintiff's Motion for Summary Judgment.

5. In the event that the undersigned counselor has failed to clearly articulate in his brief to this Court the reasons why this Court should deny Canal's Motion for Summary Judgment in this important case, the undersigned prays that this Court will allow him the opportunity to clarify any arguments made by Cook at a hearing wherein oral argument is allowed on the pending Motions for Summary Judgment.

WHEREFORE, PREMISES CONSIDERED, Defendant Frank Cook respectfully request this Honorable Court to set a hearing and grant oral argument on the currently pending Motions for Summary Judgment prior to this Court rendering any decision of said motions.

Respectfully submitted,

/s/ Steven W. Couch
Steven William Couch (COU-014)
One of the attorneys for Defendant Frank LaDon Cook

**OF COUNSEL:**
HOLLIS, WRIGHT & HARRINGTON, P.C.
1500 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205) 324-3600 telephone
(205) 324-3636 facsimile

**CERTIFICATE OF SERVICE**

   I hereby certify that I have mailed a true and correct copy of the above and via CM/ECF this the 8th day of February, 2008:

K. Donald Simms, Esq.
David R. Wells, Esq.
Whitaker, Mudd, Simms, Luke & Wells, L.L.C.
2001 Park Place North
Suite 400
Birmingham, Alabama  352032

Samuel L. Adams
Merrill, Harrison, & Adams, LLC
P.O. Box 1690
Dothan, AL  36302

Rufus R. Smith, Esq.
Post Office Drawer 6629
Dothan, Alabama 36302-0000

            /s/ Steven W. Couch
            Of Counsel