IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | |
| FRANK LADON COOK, et al., | * | 1:07-CV-410-MHT |
| | * | |
| Defendants. | * | |

**PLAINTIFF CANAL INSURANCE COMPANY'S MOTION TO DEEM SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNOPPOSED**

COMES NOW the Plaintiff, Canal Insurance Company ("Canal"), by and through its undersigned counsel of record, and moves this Court to enter Order declaring that Canal's Supplemental Memorandum of Law in Support of Motion for Summary Judgment unopposed, and as grounds for such, shows unto the Court as follows:

1.      On January 23, 2008, this Court held a Pretrial Hearing at which time the Court requested that Canal file a Supplemental Submission and present evidence on the issue of whether or not the 16' x 80' mobile home that fell on Defendant Frank Ladon Cook ("Cook") was designed for use with a four-wheel **private passenger automobile**.

2. Thereafter, on January 24, 2008, Canal filed its Supplemental Memorandum of Law in Support of Motion for Summary Judgment submitting the affidavit of Mike Bazzell as evidence in support of its position. Additionally, Canal presented evidence of the fact this Court could take judicial notice that the 16' x 80' mobile home was not designed or intended for use with a four-wheel **private passenger automobile**.

3. Following that submission, this Court entered an Order allowing the Defendants until February 8, 2008, to file responses to Canal's Supplemental Submission.

4. On February 7, 2008, Defendant Colbert Brian McGriff and Bear Creek Sales, L.L.C. ("McGriff") filed a Supplemental Response to Motion for Summary Judgment (Document 49). On February 8, 2008, Defendant Frank Ladon Cook ("Cook") filed a Second Supplemental Brief in Opposition to Plaintiff's Motion for Summary Judgment (Document 51). Contemporaneously with the filing of this Motion, Canal also filed a Motion to Strike Cook's Supplemental Brief as being in violation of this Court's instructions at the January 23, 2008 Pretrial Hearing.

5. Despite filing Responses, neither McGriff nor Cook filed any evidence to contradict or refute the Affidavit of Mike Bazzell. Additionally, neither of the Responses in any way refuted that this Court could take judicial

notice that a 16' x 80' mobile home was not designed or intended to be used with a four-wheel private passenger automobile.

6.   Because neither of the Defendants submitted any <u>evidence</u> in opposition to Canal's Supplemental Submission in Support of Motion for Summary Judgment, Canal requested this Court deem the Supplemental Submission unopposed.

WHEREFORE, premises considered, Plaintiff, Canal Insurance Company, prays this Court will enter an order declaring that it Supplemental Memorandum of Law in Support of Motion for Summary Judgment is unopposed.

Respectfully submitted,

s/David R. Wells
K. DONALD SIMMS (ASB-9801-M63K)
DAVID R. WELLS (ASB-5009-L50D)
Attorneys for Plaintiff,
Canal Insurance Company

OF COUNSEL:

WHITAKER, MUDD, SIMMS, LUKE & WELLS, L.L.C.
2001 Park Place North
Suite 400
Birmingham, Alabama 35203
(205) 639-5300
(205) 639-5350     fax

## **CERTIFICATE OF SERVICE**

I hereby certify that I have provided all parties to this action with a true and correct copy of the foregoing pleading, via the electronic CM/ECF system, as well as by United States mail, first-class postage pre-paid, on this, the 11th day of February, 2008.

L. Andrew Hollis, Jr.
HOLLIS & WRIGHT, P.C.
1500 Financial Center
505 20th Street N.
Birmingham, AL  35203

Samuel L. Adams
MERRILL, HARRISON & ADAMS, LLC
P.O. Box 1690
Dothan, AL  36302

Rufus R. Smith, Jr.
P.O. Drawer 6629
Dothan, AL 36302

                                                s/David R. Wells
                                                OF COUNSEL