IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY,    ) | |
| ) | |
| Plaintiff,               ) | |
| ) | CIVIL ACTION NO. |
| v.                          ) | 1:07cv410-MHT |
| ) | |
| FRANK LaDON COOK, et al.,    ) | |
| ) | |
| Defendants.             ) | |

### ORDER

It is ORDERED that the motion to set hearing and for oral argument (Doc. No. 52) is denied. If the court should later determine that oral argument would be helpful, the court will schedule such.

DONE, this the 12th day of February, 2008.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE