IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CANAL INSURANCE COMPANY,       )
                               )
    Plaintiff,                 )
                               )
                               )     CIVIL ACTION NO.
    v.                         )      1:07cv410-MHT
                               )
FRANK LaDON COOK, et al.,      )
                               )
    Defendants.                )
```

### ORDER

It is ORDERED that the motion to strike and motion to deem (Doc. Nos. 53 & 54) are set for submission, without oral argument, on February 22, 2008, with all briefs due by said date.

DONE, this the 12th day of February, 2008.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE