IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY,  )<br>                           )<br>    Plaintiff,            )<br>                           )<br>    v.                     )<br>                           )<br>FRANK LADON COOK,          )<br>COLBERT BRIAN MCGRIFF, and )<br>BEAR CREEK SALES, L.L.C.,  )<br>                           )<br>    Defendants.            ) | CIVIL ACTION NO.<br>1:07cv410-MHT |

<u>ORDER</u>

It is ORDERED that plaintiff Canal Insurance Company's motion to strike (Doc. No. 53) is denied.

DONE, this the 1st day of July, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE