IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>FRANK LADON COOK, )<br>COLBERT BRIAN MCGRIFF, and )<br>BEAR CREEK SALES, L.L.C., )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>1:07cv410-MHT |

### ORDER

It is ORDERED that plaintiff Canal Insurance Company's motion to deem its supplemental memorandum of law in support of its motion for summary judgment unopposed (Doc. No. 54) is denied.

DONE, this the 1st day of July, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE