IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CANAL INSURANCE COMPANY,       )
                               )
    Plaintiff,                 )
                               )
                               )   CIVIL ACTION NO.
    v.                         )     1:07cv410-MHT
                               )
FRANK LaDON COOK, et al.,      )
                               )
    Defendants.                )
```

ORDER

It is ORDERED that the non-jury trial of this cause is continued to the next Dothan term, November 3, 2008, at 10:00 a.m. at the Federal Courthouse in Dothan, Alabama.

It is further ORDERED that the plaintiff is to file proposed findings of fact and conclusions of law by October 20, 2008. The defendants are required to do the same by October 27, 2008. The parties are also directed to e:mail their proposed findings of fact and conclusions

of law to <proposed_thompson@almd.uscourts.gov> in WordPerfect format by the dates specified above.

DONE, this the 14th day of July, 2008.

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**