IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  1:07cv410-MHT |
| | ) | (WO) |
| FRANK LADON COOK, | ) | |
| COLBERT BRIAN MCGRIFF, and | ) | |
| BEAR CREEK SALES, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

## LIMITED ENTRY OF APPEARANCE

COMES NOW David K. Hogg and enters his appearance as co-counsel with Samuel L. Adams on behalf of Defendants Colbert Brian McGriff and Bear Creek Sales, L.L.C. for the limited purpose of filing and arguing a motion for summary judgment on the issue of Canal Insurance Company's duty to defend.

HOGG, NORTH & BROOK, LLC

s/ David K. Hogg
David K. Hogg (HOG007)
Attorney for Defendants
Bear Creek and McGriff
408 South Foster Street
Dothan, Alabama 36301
(334) 699-4625
(334) 699-3947

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Samuel L. Adams, Esq.
P.O. Box 1690
Dothan, Alabama 36302

Randy Smith, Esq.
P.O. Drawer 6629
Dothan, Alabama 36302

K. Donald Simms, Esq.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

David Wells, Esq.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

L. Andrew Hollis, Esq.
1500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

                                            s/ David K. Hogg
                                            David K. Hogg