IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07cv410-MHT |
| | )         (WO) |
| FRANK LADON COOK, | ) |
| COLBERT BRIAN MCGRIFF, and | ) |
| BEAR CREEK SALES, L.L.C., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO AMEND SCHEDULING ORDER

COME NOW Defendants Colbert Brian McGriff ("McGriff") and Bear Creek Sales, L.L.C. ("Bear Creek") and move the Court to amend the Scheduling Order in this case. As grounds for this Motion, the Defendants state the following:

1. On July 14, 2008 this Court entered an Opinion and Order denying the motion for summary judgment filed by Plaintiff Canal Insurance Company ("Canal Insurance") which sought a declaration that it was not required to defend or to indemnify McGriff and Bear Creek in a state-court lawsuit brought by Defendant Frank Ladon Cook ("Cook").

2. In the Opinion, the Court noted that McGriff and Bear Creek had not moved for summary judgment, thereby

necessitating a trial on the merits as to the issue of Canal Insurance's duty to defend.

3. It would promote the interest of justice and judicial economy to amend the Scheduling Order and allow McGriff and Bear Creek move for summary judgment in order to avoid consuming the Court's time with a trial which might otherwise be unnecessary, in addition to saving the parties the expense of litigation.

4. For good cause, McGriff and Bear Creek show unto the Court that their lead counsel, Samuel L. Adams has been diagnosed with brain cancer which he has been battling for several months, and which has hampered his ability to vigorously litigate the issues in this case.

WHEREFORE, Defendants McGriff and Bear Creek move the Court to amend the Scheduling Order and to allow them to file their motion for summary judgment as to Plaintiff's duty to defend.

HOGG, NORTH & BROOK, LLC


s/ David K. Hogg_____
David K. Hogg (HOG007)

Attorney for Defendants
Bear Creek and McGriff
408 South Foster Street

```
Dothan, Alabama 36301
(334) 699-4625
(334) 699-3947
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Samuel L. Adams, Esq.
P.O. Box 1690
Dothan, Alabama 36302

Randy Smith, Esq.
P.O. Drawer 6629
Dothan, Alabama 36302

K. Donald Simms, Esq.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

David Wells, Esq.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

L. Andrew Hollis, Esq.
1500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

                                                s/ David K. Hogg
                                                David K. Hogg