```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

CANAL INSURANCE COMPANY,      )
                              )
    Plaintiff,                )
                              )
v.                            ) CASE NO.  1:07cv410-MHT
                              )           (WO)
FRANK LADON COOK,             )
COLBERT BRIAN MCGRIFF, and    )
BEAR CREEK SALES, L.L.C.,     )
                              )
    Defendants.               )
```

## MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Colbert Brian McGriff ("McGriff") and Bear Creek Sales, L.L.C. ("Bear Creek") and move the Court to enter Summary Judgment on their behalf and against Plaintiff Canal Insurance Company ("Canal Insurance") on the issue of whether has a duty to defend Bear Creek and McGriff in state-court lawsuit which is made the basis of this Federal declaratory judgment action. This Motion is based upon the pleadings, the discovery and affidavits on file, the motions for summary judgment and briefs in support thereof filed by the parties, and this Court's Opinion and Order dated July 14, 2008, and these Defendants' accompanying Brief in Support of this Motion.

WHEREFORE, McGriff and Bear Creek move the Court to enter summary judgment in their behalf and to find that as

a matter of law Canal Insurance is required to provide a defense for them in the underlying state-court case.

                      HOGG, NORTH & BROOK, LLC

                      s/ David K. Hogg_____
                      David K. Hogg (HOG007)
                      Attorney for Defendants
                      Bear Creek and McGriff
                      408 South Foster Street
                      Dothan, Alabama 36301
                      (334) 699-4625
                      (334) 699-3947

Case 1:07-cv-00410-MHT-TFM    Document 66    Filed 08/10/2008    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Samuel L. Adams, Esq.
P.O. Box 1690
Dothan, Alabama 36302

Randy Smith, Esq.
P.O. Drawer 6629
Dothan, Alabama 36302

K. Donald Simms, Esq.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

David Wells, Esq.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

L. Andrew Hollis, Esq.
1500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

                                                              s/ David K. Hogg
                                                              David K. Hogg