IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, )<br> )<br>  Plaintiff, )<br> )<br>  v. )<br> )<br>FRANK LaDON COOK, et al., )<br> )<br>  Defendants. ) | CIVIL ACTION NO.<br>1:07cv410-MHT |

ORDER

It is ORDERED that the motion to amend (Doc. No. 65) and motion for summary judgment (Doc. No. 66) are set for submission, without oral argument, on August 29, 2008, with any opposing briefs and evidentiary materials due by said date.

DONE, this the 11th day of August, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE