IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:07cv410-MHT |
| | ) | |
| FRANK LADON COOK, | ) | |
| COLBERT BRIAN MCGRIFF, and | ) | |
| BEAR CREEK SALES, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF CANAL'S RENEWED MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff is in this action, CANAL INSURANCE COMPANY, and for the reasons set forth in Canal's Opposition to the Summary Judgment of Colbert Bryan McGriff d/b/a Bear Creek Movers ("Movers") and/or Bear Creek Sales, L.L.C. ("Sales"), filed contemporaneously herewith, moves this Court to grant Summary Judgment in favor of Plaintiff pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Plaintiff relies upon the pleadings in this case, the court record, the evidence in the case, and the fact that the Court's prior denial of Plaintiff's Motion for Summary Judgment did not resolve the Court's analysis of the Canal insurance policy at issue as the prior ruling and order of the Court **only** addressed the insuring agreement or giving of coverage for a duty to defend. The Court has not made the other necessary coverage step as to whether or not any exclusions, endorsements, limitations, or other provisions and language of the subject policy changes, limits, modifies, or takes away the duty to defend which the Court ruled may exists under the insuring

1

agreement. In the event the Court rules in favor of Canal's insured Colbert Bryan McGriff d/b/a Bear Creek Movers ("Movers") under the pending motion for summary judgment dated August 10, 2008, which as noted, Canal has opposed by separate pleading, then the Court must address the taken away of the duty to defend issue.

Because there are no genuine issues of material fact and as more specifically addressed in Canal's opposition pleading, summary judgment is due to be granted in Canal's favor as a matter of law.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff CANAL INSURANCE COMPANY moves the Court to grant a final summary judgment in its favor that there is no coverage to Colbert Bryan McGriff d/b/a Bear Creek Movers or Bear Creek Sales, LLC.

**ORAL ARGUMENT REQUESTED**

Respectfully submitted,

/s/ K. Donald Simms
K. Donald Simms
Attorney for Plaintiff Canal Insurance Co.

OF COUNSEL:
Whitaker, Mudd, Simms, Luke & Wells, LLC
2001 Park Place North, Suite 400
Birmingham, AL 35203
(205) 639-5300

## CERTIFICATE OF SERVICE

I hereby certify that I have provided all parties to this action with a true and correct copy of the foregoing pleading, via the electronic CM/ECF system, as well as by United States mail, first-class postage pre-paid, on this, the 26th day of August 2008.

L. Andrew Hollis, Jr.
HOLLIS & WRIGHT, P.C.
1500 Financial Center
505 20th Street N.
Birmingham, AL 35203

Samuel L. Adams
MERRILL, HARRISON, & ADAMS, LLC
P.O. Box 1690
Dothan, AL 36302

Rufus R. Smith, Jr.
P.O. Drawer 6629
Dothan, AL 36302

David K. Hogg
408 South Foster Street
Dothan, Alabama 36301

_____
OF COUNSEL