IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CANAL INSURANCE COMPANY,     )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        1:07cv410-MHT
                             )
FRANK LaDON COOK, et al.,    )
                             )
    Defendants.              )
```

### ORDER

It is ORDERED that the renewed motion for summary judgment (Doc. No. 70) is set for submission, without oral argument, on September 12, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 26th day of August, 2008.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE